1  ALBERT ERKEL (SBN 93793)
   aerkel@ghslaw.com
2  NORMA NAVA FRANKLIN (SBN 266827)
   nnava@ghslaw.com
3  JANET LY (SBN 211401)
   jly@ghslaw.com
4  GARCIA HERNANDEZ SAWHNEY, LLP
   801 N. Brand Blvd., Suite 620
5  Glendale, CA 91203
   PHONE (213)-347-0210
6  FAX (213) 347-0216

7  Attorneys for Defendants Oxnard School District,
   Cesar Morales, Ernest Morrison, Debra Cordes,
8  Denis O'Leary, Veronica Robles-Solis, and
   Monica Madrigal Lopez

9
                    **UNITED STATES DISTRICT COURT**
10
                   **CENTRAL DISTRICT OF CALIFORNIA**
11

12  J.R., a minor, by and through her         )   Case No.: 2:17-cv-04304-JAK-FFM
    guardian ad litem, Janelle McCammack;     )
13  M.B., a minor, by and through her         )   **[CORRECTED]**
    guardian ad litem, F.B.; I.G., a minor, by )
14  and through his guardian ad litem, M.E.,  )
    on behalf of themselves and all those     )
15  similarly situated,                       )   **DECLARATION OF AMELIA**
                                              )   **SUGDEN IN SUPPORT OF**
16                        Plaintiffs,         )   **DEFENDANT'S OPPOSITION TO**
                                              )   **PLAINTIFFS' MOTION FOR**
                  v.                          )   **CLASS CERTIFICATION**
17                                            )
    OXNARD SCHOOL DISTRICT;                   )
18  CESAR MORALES, Superintendent of          )
    Oxnard School District, in his official   )
19  capacity; ERNEST MORRISON,                )
    President of the Board of Trustees, in his )
20  official capacity; DEBRA CORDES,          )
    Clerk of the Board of Trustees, in her    )
21  official capacity; DENIS O'LEARY,         )
    Trustee of the Board of Trustees, in his  )
22  official capacity; VERONICA ROBLES-       )
    SOLIS, Trustee of the Board of Trustees,  )
23  in her official capacity; MONICA          )
    MADRIGAL LOPEZ, Trustee of the           )
24  Board of Trustees, in her official        )
    capacity; and DOES 1 TO 10, inclusive     )
25                                            )
                         Defendant            )
26  ──────────────────────────────

27

28

## Declaration of Amelia Sugden

I, Amelia Sugden, declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently about these facts.

### Background and Credentials

2.      I am the current Director of Special Education Services at the Oxnard School District ("OSD" or "District"). I have served in this capacity since the October 2015. Prior to becoming the Director of Special Education at OSD, I was a Principal for eight years in OSD between June 2007 and August 2015. Prior to becoming a Principal, I was a Professional Development Coordinator for OSD for five years between 2002 and 2007 and an Adjunct Professor at California Lutheran University, where I taught current literacy research and best practices to teachers earning a Master's Degree. Prior to becoming an administrator, I was a classroom and reading resource teacher in OSD for five years between 1997-2002.

3.      I have a Masters of Science in Curriculum and Instruction from Walden University and a Bachelor of Arts from the University of California, Davis in International Relations and Affairs. I also have a Multiple Subject teaching credential and a Bilingual Cross-Cultural Language Academic Development (BCLAD) certificate in Spanish. Attached hereto as **Exhibit A** is a true and correct copy of my most current resumé.

4.      As the Director of Special Education at OSD, my job duties include providing oversight of the delivery of special education services to students in the Oxnard School District as provided by the IDEA, including reviewing of current needs that may require additional resource development; maintaining up to date information on the current law and best practices for our programs; serving as the district representative at our Special Education Local Plan Area (SELPA); and compiling information for State and Federal reporting purposes.

///

///

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs'
Motion for Class Certification

<u>OSD's Special Education Programs</u>

5.      OSD is part of the Ventura County Special Education Local Plan Area (SELPA). The range of special education programs at OSD includes Infant, Early Intervention 0-3 and Pre-K programs, and Resource Specialist Programs ("RSP"), Mild-to-Moderate and Moderate-to-Severe self-contained classrooms in the Transitional Kindergarten to 8th grade programs. OSD also has programs to support students who are Deaf and Hard of Hearing ("DHH"), Visually Impaired ("VI"), in need of Occupational Therapy ("OT") or Adaptive Physical Education ("APE"), and to support Behavior and Autism Strands.

<u>2011 OCR Complaint and Resolution Agreement</u>

6.      I am aware of the decision issued by the U.S. Department of Education, Office for Civil Rights ("OCR") in OCR case no. 09-10-1242 in which the District, without admitting to any violation of law, entered into a Resolution Agreement to resolve the issues investigated by OCR under Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act of 1990. The decision was issued January 11, 2011. Pursuant to the Resolution Agreement, the OSD was required to do the following:

a.      Develop or revise, as needed, its Section 504 policies and procedures to ensure that students with disabilities are provided with a free appropriate public education (FAPE), including the timely referral, evaluation, identification, and placement of students with disabilities under Section 504, the full implementation of FAPE determination (i.e. all services and placement provisions) made for students with disabilities under Section 504, and the monitoring and periodic re-evaluation of students with disabilities as required under Section 504.

b.      Consider revising its Uniform Complaint Procedures to include OCR's contact information for parents/guardians to file a complaint if they are dissatisfied with the District's grievance process.

2

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification

1    c.    Conduct Section 504 training for relevant administrators and staff on

2          the District's legal obligations to provide a FAPE to students with disabilities

3          and on the District's Section 504 grievance procedures.

4    d.    Issue a letter to parents/guardians of students who were found not

5          eligible for special education services under the Individuals with Disabilities

6          Education Act (IDEA) in the 2009-10 or 2010-11 school year to inform

7          parents/guardians of their right to request an evaluation under Section 504 or

8          to appeal a denial of an evaluation through due process or fair hearing

9          procedures.

10   e.    Provide notice to parents/guardians of the District's revised Section

11         504 policies and procedures by posting them on the District website and

12         including relevant information in the next publication of the District's

13         student/parent handbook.

14   f.    Take all necessary steps to implement the Student's Individualized

15         Education Program (IEP), dated October 7, 2010.

16   7.    My understanding is that the District fulfilled all of its obligations under the

17   Resolution Agreement based on a letter that the District received from OCR dated October

18   7, 2011, in which Arthur Zeidman, the Regional Director of OCR's San Francisco office,

19   wrote that "the District has fulfilled all of its obligations under the [Resolution Agreement]

20   and, accordingly, is closing the monitoring of this case as of [October 7, 2011]." Attached

21   hereto as **Exhibit B** is a true and correct copy of the October 7, 2011 letter from OCR.

22   Training for Site Administrators, School Staff, and Special Education Staff

23   8.    Since I became the Director of Special Education at OSD, the Special

24   Education Department hosted a professional development training on Child Find for our

25   School Principals to review the District's responsibility for Child Find, the pre-referral

26   process, and Student Success Teams (SSTs). The Pupil Services Department provided

27   training for School Principals regarding the Coordination of Services Team (COST) and

28   Student Success Teams (SSTs). The Special Education Department has also provided

3

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs'
Motion for Class Certification

1  training for Assistant Principals, School Psychologists, Speech Pathologists, and Special
2  Education Teachers at job-alike meetings.
3      9.    At the beginning of the 2017-2018 school year, the Special Education
4  Department also hosted a training for all general education teaching staff,
5  paraprofessionals, aides, student study team members, school administrators, service
6  providers, counselors, school psychologists, speech and language therapists, and any other
7  school staff who worked with parents and students on their educational programs at Soria
8  Elementary School, Elm Elementary School, and Sierra Linda Elementary School. The
9  training addressed special education eligibility, child find duties, and the ability to directly
10 refer a student for assessment, and provided guidelines to identify students who might
11 have disabilities and might benefit from special education services. The Special Education
12 Department plans to conduct a similar training to all of the staff at all the remaining school
13 sites between January and March 2018.
14     10.    The District has also provided professional development for special
15 education teachers for use of new assessments and for determining present levels and goals
16 setting.

Personnel Hiring

18     11.    Since I became Director of Special Education at OSD, the District has hired
19 the following:

- 1 full-time Special Education Manager to help the Special Education Department to carry out its day-to-day work and to support the school sites. 1 of the fulltime Managers is dedicated to our infant, early childhood and pre-school programs.
- 1 itinerant Assistant Principal to support K-5 sites with large special education caseloads
- 3 full-time interpreters/translators to clear a backlog of untranslated IEP documents and to maintain the District's current turnaround time of two weeks;

4

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs'
Motion for Class Certification

- 4 full-time School Psychologists, 3 part-time School Psychologists, and 1 part-time Psychologist Mentor so support all of the School Psychologists;
- 1 full-time Speech Pathologist and 1 part-time Speech Pathologist to support OSD's Building Early Success Together (BEST) program for preschoolers;
- 5 Speech Pathologist Assistants;
- 3 Occupational Therapists
- 2 Teachers on Special Assignment ("TOSA") to prepare curriculum for both the Mild-to-Moderate and Moderate-to-Severe programs with a focus on literacy development and applied science for OSD's Extended School Year program; and
- 2 itinerant teachers to support teachers on leave and growing caseloads.

12. The District has also hired the following specialists:

- 2 teachers for the Deaf and Hard of Hearing program at Thurgood Marshall School and 1 itinerant teacher for the Deaf and Hard of Hearing;
- 1 itinerant teacher for the Visually Impaired program, which was moved from McKinna Elementary School to Thurgood Marshall School (K-5) and Frank Middle School (6-8); and
- 2 Family Liaisons were added to the Pre-school program to support families with the transition in services from the Tri County Regional Center (TCRC) to the Oxnard School District.
- 2 Behavior Specialist to support the behavior needs of students with IEP's and to develo9p a program to address the needs of students with eligibility of emotional disturbance.

### Early Childhood Programs

13. Since I became Director of Special Education at OSD, OSD site administrators and School Psychologists have been directed to conduct systematic reviews of all preschool students who were receiving interventions and/or had been referred to a

5

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification

1  Student Study Team ("SST") to identify students that should be considered for full
2  assessment.

3      14.   In order to accommodate the growing number of referrals to OSD's infant
4  and early childhood programs from local pediatricians, community partners, and the Tri-
5  Counties Regional Center, the District has successfully completed Phase One of
6  restructuring the Infant, Building Early Success Together (BEST), and San Miguel Pre-
7  school program and delivery of services at one combined facility. The District has also
8  assigned a full-time Special Education Manager to the pre-school, and eliminated two
9  Office Assistant positions and replaced them with an Office Manager and an Attendance
10  Technician to increase the level of support at that site for both staff and families. Phase
11  Two of restructuring the Early Childhood Program at San Miguel will include parent
12  education, five hubs for speech and infant services, staggered start to support Transitional
13  Kindergarten and Kindergarten students' transition to their home schools.

14      15.   The District piloted and adopted a new curriculum at San Miguel Preschool
15  in order to develop a common practice, and the pre-K assessment team has reviewed its
16  inventory of assessment tools in order to ensure that the assessment tools that are being
17  utilized meet current best practices.

18      16.   In order to provide preschool students in Special Day Classes with
19  opportunities to mainstream with general education students, the District successfully
20  worked with its State Pre-School partner to ensure that the morning and afternoon classes
21  hosted at San Miguel Preschool have dedicated slots for our students to mainstream into.
22  In addition, the District is sharing a Speech and Language Pathologist with the State Pre-
23  School partner to ensure that students identified through the District's screening process
24  are receiving Speech and Language Response to Intervention (RtI) services and are
25  monitored for either exit of services or scheduled for a full assessment.

26      17.   The District has aligned Speech and Language Pathologist assignments and
27  the delivery of Speech and Language services at the District's Neighborhood for Learning
28  ("NfL") hubs to provide a better continuum of care for families within the District.

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs'
Motion for Class Certification

## Assessment Tools

18.     Since I became Director of Special Education, the District has centralized and increased its inventory of assessments, and the Special Education Department has provided assessors with the necessary training on how to use, score, and analyze assessment results, especially in regards to English Learners.

## Consultants

19.     Since I became Director of Special Education, the District has hired a consultant to work with our staff on reviewing past IEPs in order to determine whether the goals stated in the IEPs were appropriate and to help develop a plan for identifying services that will help students meet their IEP goals. The Consultant is also helping the Special Education Department to identify further professional development needs for its teaching staff.

20.     The District also hired a consultant to review caseloads, trends, and to support caseload management.

21.     The District also hired consultants to provide professional development in the Personal Strengths and Weaknesses model of assessment and to train the District's Speech and Language Pathologists on the Communication Severity Scales ("CSS") protocol for OSD and the Ventura County SELPA and to ensure that the District's Speech and Language Pathologists are using the proper assessments to recommend appropriate frequency and intensity of therapy.

22.     In addition, the District has hired a consultant to assist the Special Education Department to develop a comprehensive Behavior Support Plan for the District. The District is also piloting a program to train paraeducators on behavior modalities. The District also has a contract with an outside agency to provide the Special Education Department with trained staff to augment the District's staff when needed as it builds its own staffing capacity.

/ / /

/ / /

7

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification

OSD's Process for Identifying and Assessing Students with Suspected Disabilities

23.     Based on my understanding, OSD's practice for identifying and assessing students for special education assessment is legally compliant with the Individuals with Disabilities Education Act ("IDEA") and California law.

24.     In OSD, a student may be referred for special education assessment upon Parent request or upon the request of a teacher or other staff person who believes that a student has a suspected disability that impacts the student's involvement and progress in the general education setting and/or participation in age appropriate activities. Upon receiving a request for special education assessment, each school site is expected to respond to the request within the legal timeline of 15 calendar days with a proposed assessment plan. In some cases, a Student Success Team (SST) may be convened within 15 days of the request for assessment so that the SST may receive input from the student's parent, the student's teacher, and other school staff regarding any concerns relating to the student. This information is then used to generate a multidisciplinary assessment plan (MAP), which is presented to Parent for consent to assess his or her student for all areas of suspected disability. The same process and timeline is followed whether the request for assessment originates from a parent or from a school staff person.

25.     In addition to direct requests for assessment by Parent or school staff, students may also be referred for special education assessment after having been referred to a Coordination of Services Team (COST) and/or a Student Success Team (SST). The District's Child Find duty toward a specific child is triggered when there is knowledge of, or reason to suspect, a disability and reason to suspect that special education services may be needed to address that disability. Sometimes a student's disability is not obvious and/or does not immediately raise a reasonable suspicion of its existence. In these instances, students who struggle in the general education setting may be referred to COST or SST. If a child who has been referred to COST or SST does not make adequate progress after general education interventions are utilized to attempt to address the concerns that were raised in the student's referral to COST or SST, the COST or SST may refer a student for

8

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs'
Motion for Class Certification

1  special education assessment to determine whether the student qualifies for special
2  education services and/or related services.

3       26.     There are multiple factors that determine whether a student should be referred
4  for special education assessment. These factors include whether a parent or staff person
5  (including a teacher) expressly requests that a student be assessed, whether the COST or
6  SST determines that an assessment is necessary after progress monitoring and response to
7  intervention, or even whether a student manifests an obvious disability that interferes with
8  his or her ability to participate in the general education setting. Accordingly, every
9  decision to assess a student for special education is based on a highly individualized set
10 of factors and is made on a case-by-case basis.

11      I declare under penalty of perjury under the laws of the United States that the
12 foregoing is true and correct.

13      Executed this 11th day of December 2017, in Oxnard, California.

Amelia Sugden

Declaration of Amelia Sugden in Support of Defendant's Opposition to Plaintiffs'
Motion for Class Certification