UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV17-04304 JAK (FFMx) | Date | December 4, 2018 |
|---|---|---|---|
| Title | J.R. v. Oxnard School District, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER AMENDING SCHEDULING ORDER

The Court has reviewed the parties' Joint Status Report (Dkt. 139) and sets the following deadlines:

| | |
|---|---|
| February 4, 2019 at 8:30 am: | Hearing on Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. 163) and Plaintiffs' Renewed Motion for Class Certification (Dkt. 150) |
| May 6, 2019: | Non-Expert Discovery Cut-Off |
| May 6, 2019 | Initial Expert Disclosures |
| May 20, 2019: | Rebuttal Expert Disclosures |
| June 17, 2019: | Expert Discovery Cut-Off |
| July 1, 2019: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |