UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-04304 JAK (FFMx) | Date | February 4, 2019 |
| Title | J.R. v. Oxnard School District, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Joseph Remigio | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Shawna L. Parks | Albert A. Erkel |
| Janeen Steel | April E. Navarro |
| Jessica C. Agastein | Janet Ly |
| Melissa Riess | Norma N. Franklin |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT (DKT. 163)**

**PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION (DKT. 150)**

**HEARING ON ADMINISTRATIVE APPEAL (DKT. 146)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant without prejudice Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint and deny Plaintiffs' Renewed Motion for Class Certification (the "Motions"). Counsel address the Court. The Court takes the Motions **UNDER SUBMISSION** and a ruling will be issued.

The hearing is held on the Administrative Appeals of I.G. and M.B. The Court states its tentative view that it is inclined affirm the administrative decision as to I.G. The Court states its tentative view that it is inclined to require a settlement conference between the parties as to M.B. and remand the matter to the Office of Administrative Hearings for a further hearing. Counsel address the Court. The Court takes the administrative appeal of I.G. **UNDER SUBMISSION** and a ruling will be issued. The Court adheres to its tentative view as to the appeal of M.B. and **GRANTS** Plaintiff's request. The parties shall participate in a settlement process as to M.B. If they do not resolve the matter, it is remanded to the Office of Administrative Hearings for a further hearing on any remaining issues.

The Court and Counsel discuss the status of settlement efforts as to both the I.G. and the J.R. class action matters. The parties agree that a further settlement effort would be useful at this time, and discuss potential neutrals who could assist them. The parties are directed to continue to confer about a settlement process, and submit a joint report no later than Friday, February 8, 2019, with their respective and/or collective positions as to the proposed process, including the neutral, and a deadline

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-04304 JAK (FFMx) | Date | February 4, 2019 |
| Title | J.R. v. Oxnard School District, et al. | | |

for conducting the settlement conference. Upon reviewing the joint report, an order will issue as to the process and schedule.

**IT IS SO ORDERED.**

|  | : | 56 |
|---|---|---|
| Initials of Preparer | jre | |