1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through her guardian ad litem, Janelle McCammack; M.B., a minor, by and through her guardian ad litem, F.B.; I.G., a minor, by and through his guardian ad litem, M.E., on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OXNARD SCHOOL DISTRICT; CESAR MORALES, Superintendent of Oxnard School District, in his official capacity; ERNEST MORRISON, President of the Board of Trustees, in his official capacity; DEBRA CORDES, Clerk of the Board of Trustees, in her official capacity; DENIS O'LEARY, Trustee of the Board of Trustees, in his official capacity; VERONICA ROBLES-SOLIS, Trustee of the Board of Trustees, in her official capacity; MONICA MADRIGAL LOPEZ, Trustee of the Board of Trustees, in her official capacity; and DOES 1 TO 10, inclusive <br><br> Defendants. | Case No.: 2:17-cv-04304-JAK-FFM <br><br> **ORDER CONTINUING LITIGATION DEADLINES (DKT. 267) / AMENDED SCHEDULING ORDER** |

///
///
///

Based on a review of the parties' Joint Stipulation to Continue Litigation Deadlines (the "Stipulation") (Dkt. 267), good cause has been shown. The Stipulation is **GRANTED** and the Scheduling Order (Dkt. 244) amended as follows:

| Event | Original Date | Continued Date |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | September 9, 2019 | November 8, 2019 |
| Initial Expert Disclosures | September 9, 2019 | November 8, 2019 |
| Rebuttal Expert Disclosures | September 23, 2019 | November 22, 2019 |
| Expert Discovery Cut-Off | October 21, 2019 | December 20, 2019 |
| Last Day to File All Motions (including discovery motions) | November 4, 2019 | January 13, 2020 |

All other dates previously issued by the Court remain unchanged. There will be no further continuances absent compelling circumstances that could not otherwise have been foreseen.

**IT IS SO ORDERED.**

Dated: _August 16, 2019____        _____

John A. Kronstadt
United States District Judge