# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 17-4304-JAK(FFMx)                               Date: September 30, 2019

TITLE:  J.R., et al. v. Oxnard School District, et al.
========================================================================

PRESENT:

**HON. PATRICK J. WALSH, JUDGE**

| Isabel Martinez | Court Smart 9/30/19 |
|---|---|
| Deputy Clerk | Court Smart |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Shawna L. Parks                                                  Albert A. Erkel, Jr.
    Stuart Seaborn                                                   Norma Nava Franklin

PROCEEDINGS:  Settlement Conference

    The case is called and appearances are made.  The Court met with counsel and the parties.  A Telephonic Conference for further settlement negotiations is set for October 15, 2019 at 1:30 p.m.

1:00

MINUTES FORM 90                                                                 Initials of Deputy Clerk  IM
CIVIL -- GEN