# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through her guardian ad litem, Janelle McCammack; M.B., a minor, by and through her guardian ad litem, F.B.; I.G., a minor, by and through his guardian ad litem, M.E., on behalf of themselves and all those similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>OXNARD SCHOOL DISTRICT; CESAR MORALES, Superintendent of Oxnard School District, in his official capacity; ERNEST MORRISON, President of the Board of Trustees, in his official capacity; DEBRA CORDES, Clerk of the Board of Trustees, in her official capacity; DENIS O'LEARY, Trustee of the Board of Trustees, in his official capacity; VERONICA ROBLES-SOLIS, Trustee of the Board of Trustees, in her official capacity; MONICA MADRIGAL LOPEZ, Trustee of the Board of Trustees, in her official capacity; and DOES 1 TO 10, inclusive<br><br>               Defendants. | Case No.: 2:17-cv-04304-JAK-FFMx<br><br>**ORDER RE JOINT STIPULATION FOR A 60 DAY STAY TO FURTHER EXPLORE SETTLEMENT (DKT. 271)** |

///
///
///

Based on review of the Joint Stipulation for a 60 Day Stay to Further Explore Settlement (("Stipulation") Dkt. 271), certain good cause has been shown. The Stipulation is **GRANTED IN PART**, and the Amended Scheduling Order (Dkt. 267) is amended as follows:

| Event | Original Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | November 8, 2019 | January 7, 2020 |
| Initial Expert Disclosures | November 8, 2019 | January 7, 2020 |
| Rebuttal Expert Disclosures | November 22, 2019 | January 21, 2020 |
| Expert Discovery Cut-Off | December 20, 2019 | February 18, 2020 |
| Last Date to File Motions (including discovery motions) | January 13, 2020 | March 13, 2020 |

There will be no further continuances absent a showing either that there are compelling circumstances that could not otherwise have been foreseen or that the parties need a limited amount of additional time to finalize a settlement agreement.

**IT IS SO ORDERED.**

Dated:  October 7, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1