# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 17-4304-JAK(FFMx)  **Date:** December 16, 2019

**TITLE:** J.R., et al. v. Oxnard School District, et al.
========================================================================
**PRESENT:**

### HON. PATRICK J. WALSH, JUDGE

| Isabel Martinez | Court Smart 12/16/19 |
|---|---|
| Deputy Clerk | Court Smart |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**

Shawna L. Parks                                    Benefacio Garcia
Stuart Seaborn                                      Conor Kennedy


**PROCEEDINGS:** Telephonic Conference Re Settlement

The case is called and appearances are made. The Court and counsel confer. The parties are unable to settle the case.

:02

**MINUTES FORM 90**                                                                            **Initials of Deputy Clerk  IM**
**CIVIL -- GEN**