# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through her guardian ad litem, Janelle McCammack *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>OXNARD SCHOOL DISTRICT, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.: 2:17-cv-04304-JAK-FFM<br><br>**[PROPOSED] Order Granting Plaintiffs' Motion for Partial Summary Judgment**<br><br>**Date:　July 27, 2020**<br>**Time:　8:30 a.m.**<br>**Court: 10B**<br>　　　**First Street Courthouse** |

Plaintiffs A.E., M.L., and D.C, on behalf of themselves and the certified class, have moved under Federal Rule of Civil Procedure 56 for an order for partial summary judgment on Defendants' liability for failing to develop and implement effective "child find" policies and procedures that ensure that "[a]ll children . . . , regardless of the severity of their disabilities, and who are in need of special education and related services, are identified, located, and evaluated." 20 U.S.C. § 1412(a)(3)(A); see also 20 U.S.C. §§ 1412(a)(1), 34 C.F.R. §§ 300.111, 300.301–11.

The motion was heard on July 27, 2020. Having considered the parties' papers, the oral arguments of counsel, and the evidence presented, the Court hereby concludes that no genuine dispute of material fact exists as to Plaintiffs' claim that Defendants violated the Individuals with Disabilities in Education Act and that Plaintiffs are entitled to summary judgment on Defendants' liability as a matter of law.

Therefore, IT IS HEREBY ORDERED as follows:

The Court grants Plaintiffs' Motion for Partial Summary Judgment as to Defendants' liability for failing to develop and implement effective "child find" policies and procedures in violation of the Individuals with Disabilities in Education Act and its implementing regulations.  The Court will schedule a hearing at a subsequent date to consider appropriate remedial mechanisms.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable John A. Kronstadt
UNITED STATES DISTRICT JUDGE