# Exhibit 3

| | |
|---|---|
| **From:** | Al Erkel |
| **To:** | Shawna Parks; Conor Kennedy |
| **Cc:** | Patsy Van Dyke; Janeen Steel; Melissa Riess; Stuart Seaborn |
| **Date:** | Tuesday, March 10, 2020 4:16:48 PM |
| **Attachments:** | 189A9E14-783C-49C9-917B-2E65992697BF[1].png |

Below is a list of Bates ranges for the Doe students' SST files:

- Doe #1: 8890-8919
- Doe #2: 8920-8949
- Doe #3: 8950-8964
- Doe #4: 8965-8989
- Doe #5: 8990-9015
- Doe #6: 9016-9039
- Doe #7: 9040-9064
- Doe #8: 9065-9079
- Doe #9: 9080-9107
- Doe #10: 9108-9122
- Doe #11: 9123-9143
- Doe #12: 9144-9162
- Doe #13: 9163-9176
- Doe #14: 9177-9193
- Doe #15: 9194-9204
- Doe #16: 9205-9213
- Doe #17: 9214-9224
- Doe #18: 9225-9237
- Doe #19: 9238-9246
- Doe #20: 9247-9256
- Doe #21: 9257-9265
- Doe #22: 9266-9273
- Doe #23: 9274-9281
- Doe #24: 9282-9291
- Doe #25: 9292-9298
- Doe #26: 9299-9306
- Doe #27: 9307-9312
- Doe #28: 9313-9319
- Doe #29: 9320-9324
- Doe #30: 9325-9328

<!--[if !vml]-->



<!--[endif]--

≥

**Albert A. Erkel, Jr.**
Of Counsel
aerkel@GHSlaw.com
**Garcia Hernández Sawhney, LLP**
T: 510.695.2802 ¦ F: 510.380.7704
2490 Mariner Square Loop, Suite 140
Alameda, CA 94501
GHSlaw.com

*The information contained and/or attached to this e-mail message is intended for the CONFIDENTIAL use of the addressee only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If YOU are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately by telephoning the sender at (510) 695-2802. Thank you.*

*IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).*

**From:** Shawna Parks <sparks@parks-law-office.com>
**Date:** Tuesday, March 10, 2020 at 1:36 PM
**To:** Albert Erkel <aerkel@ghslaw.com>, Conor Kennedy <ckennedy@ghslaw.com>
**Cc:** Patsy Van Dyke <patsy@learningrights.org>, Janeen Steel <janeen@learningrights.org>, Melissa Riess <mriess@dralegal.org>, Stuart Seaborn <sseaborn@dralegal.org>
**Subject:** JR v. OSD, Following up on scheduling

Al and Conor, I wanted to circle back on a number of outstanding scheduling issues:

1. MSJ Briefing schedule: Plaintiffs propose a hearing date of July 13th. Replies due June 15th and oppositions due May 18th.

2. Ruiz: Plaintiffs are willing to postpone the Ruiz deposition, but please provide a date within the next two weeks to reschedule. We can accommodate pretty much any location where we can schedule a court reporter and have a video link.

3. Ruiz files: We received the production of the Ruiz files, but are having difficulty delineating where one file stops and another begins as there are no pseudonyms used or markers between the files, such as tabs or blank pages. Can you please provide us with the bates range for each file asap? If you just want to use Dr. Ruiz's chart and give the bates range for her numbered students that is fine.

4. Parker Deposition: As we have told Defendants previously, Dr. Parker is available for deposition any day March 24-27 in Sacramento. Can you please confirm a day so that we can

lock down arrangements?

5. Elliott Deposition: Also as previously sent, Dr. Elliott is available March 15-16 Tampa FL; March 29th - Los Angeles - on a 5pm Flight to SFO so before can work; April 5 Tampa. Can you confirm whether you are proceeding on one of these dates?

6. Additional plaintiffs' experts: It is unclear whether Defendants want deposition dates for Flores and Leone. Can you please confirm whether you are in fact seeking their depositions?

7. Plaintiffs' nonretained experts: Please let us know if you intend to depose Plaintiffs' nonretained experts and we will be happy to facilitate the scheduling.

8. Defendants' experts: Please provide deposition dates and locations for Manwarig and Neustadt.

Thank you,
Shawna

Shawna L. Parks

Law Office of Shawna L. Parks
4470 W. Sunset Blvd., Suite 107-347
Los Angeles, CA 90027
323.389.9239 (phone & fax)
sparks@parks-law-office.com

www.parks-law-office.com

STATEMENT OF CONFIDENTIALITY

The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 323.389.9239 and delete the message and its attachments, if any.