# Exhibit 4

## Chart Calculating Number of Days in SST for Students 1-30

**Note:** When a document indicated just the month and year of a meeting or referral instead of an exact date, for purposes of the calculations below, the date is listed in the chart using the first day of the month listed. For example, if the student was listed as having been referred to CST/SST in April 2019, the chart reflects a referral date of April 1, 2019. The dates for which this assumption has been made are in *italics*.

For each date, the chart cites the Bates number of the document where that date was found.

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Student number | Date of referral to CST/SST | Date of most recent CST/SST meeting | Date referred for assessment | Days in CST/SST (referral to last meeting) | Days from referral to CST/SST until referral for assessment |
| 1 | 3/14/2016 OSD8918 | 12/12/2019 OSD8892 | 10/15/2019 OSD8901 | 1310 | 1310 |
| 2 | 2/8/2018 OSD8920 | 8/30/2019 OSD8946 | 8/30/2019 OSD8947 | 568 | 568 |
| 3 | 9/19/2016 OSD8958 | *3/1/2020 OSD8951* | | 1059 | |
| 4 | 1/15/2019 OSD8979 | *1/1/2020 OSD8971* | | 351 | |
| 5 | 6/18/2019 OSD8990 | 10/28/2019 OSD8991 | 10/28/2019 OSD8991 | 132 | 132 |
| 6 | 11/16/2018 OSD9016 | *1/1/2020 OSD9031* | | 411 | |
| 7 | 2/2/2018 OSD9059 | *1/1/2020 OSD9044* | | 698 | |
| 8 | 2/22/2018 OSD9065 | 11/21/2019 OSD9067 | 11/21/2019 OSD9071 | 637 | 637 |
| 9 | *4/1/2019 OSD9084* | 11/6/2019 OSD9080 | 11/20/2019 OSD9088 | 233 | 233 |
| 10 | 5/24/2019 OSD9108 | *3/1/2020 OSD9108* | | 282 | |
| 11 | 1/31/2019 OSD9131 | *2/1/2020 OSD9126* | | 366 | |
| 12 | 2/9/2018 OSD9144 | 11/20/2019 OSD9156 | 11/20/2019 OSD9156 | 649 | 649 |
| 13 | 10/15/2018 OSD9175 | 12/12/2019 OSD9164 | 12/12/2019 OSD9164 | 423 | 423 |
| 14 | 5/1/2019 OSD9178 | *3/1/2020 OSD9191* | | 305 | |
| 15 | 2/27/2019 OSD9195 | 12/17/2019 OSD9195 | | 293 | |

| | | | | | |
|---|---|---|---|---|---|
| 16 | 10/1/2019 OSD9207 | 12/11/2019 OSD9207 | 12/11/2019 OSD9210 | 71 | 71 |
| 17 | 4/23/2019 OSD9220 | *3/1/2020 OSD9216* | | 313 | |
| 18 | 10/1/2019 OSD9225 | *3/1/2020 OSD9235* | | 79 | |
| 19 | 8/27/2019 OSD9239 | *2/1/2020 OSD9245* | | 158 | |
| 20 | 1/16/2019 OSD9247 | *2/1/2020 OSD9252* | | 381 | |
| 21 | 3/15/2019 OSD9257 | 9/23/2019 OSD9261 | 9/23/2019 OSD9263 | 192 | 192 |
| 22 | 11/18/2019 OSD9266 | *2/1/2020 OSD9271* | | 31 | |
| 23 | 9/16/2019 OSD9274 | 10/30/2019 OSD9280 | 10/30/2019 OSD9280 | 44 | 44 |
| 24 | 4/2/2019 OSD9285 | *3/1/2020 OSD9290* | | 334 | |
| 25 | 5/8/2019 OSD9292 | *2/1/2020 OSD9298* | | 269 | |
| 26 | 1/7/2018 OSD9306 | 1/28/2020 OSD9299 | | 751 | |
| 27 | 9/24/2019 OSD9307 | 12/19/2019 OSD9310 | | 86 | |
| 28 | 11/22/2019 OSD9313 | 12/6/2019 OSD9313 | 12/6/2019 OSD9315 | 14 | 14 |
| 29 | 11/1/2019 OSD9320 | *3/1/2020 OSD9324* | | 121 | |
| 30 | 9/24/2019 OSD9325 | 9/24/2019 OSD9325 | | 0 | |
| **Average** | | | | **362.6** | **388.4** |