LEARNING RIGHTS LAW CENTER
JANEEN STEEL (SBN 211401)
PATRICIA VAN DYKE (SBN 160033)
janeen@learningrights.org
patsy@learningrights.org
1625 W. Olympic Blvd, Suite 500
Los Angeles, CA 90015-4684
Phone: (213) 489-4030
Fax:  (213) 489-4033

DISABILITY RIGHTS ADVOCATES
STUART SEABORN (SBN 198590)
MELISSA RIESS (SBN 295959)
seaborn@dralegal.org
mriess@dralegal.org
2001 Center St., 4th Fl.
Berkeley, CA 94704
Phone: (510) 665-8644
Fax: (510) 665-8511

LAW OFFICE OF SHAWNA L. PARKS
SHAWNA L. PARKS (SBN 208301)
sparks@parks-law-office.com
4470 W. Sunset Blvd., Ste. 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.R., a minor, by and through her guardian ad litem, Janelle McCammack *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OXNARD SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No.: 2:17-cv-04304-JAK-FFM<br><br>**Declaration of Shawna L. Parks In Support of Plaintiffs' Motion for Partial Summary Judgment**<br><br>**Date:  July 27, 2020**<br>**Time:  8:30 a.m.**<br>**Court:10B**<br><br>**First Street Courthouse** |

**Declaration of Shawna Parks**

I, Shawna Parks, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently about these facts.

2. I am the principal attorney in the Law Office of Shawna L. Parks. I am a member of the State Bar of California and am admitted to practice before this court. I am counsel for Plaintiffs and putative class in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the Deposition of Amelia Sugden, taken on June 12, 2018.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Deposition of Katrina Madden, taken on January 28, 2020.

5. Attached hereto as Exhibit C is a true and correct copy of the order from the Office of Administrative hearings in Case No. 2016100009, which was M.B.'s due process case against Oxnard School District.

6. Attached hereto as Exhibit D is a true and correct copy of the order from Office of Administrative hearings in Case No. 2016091036, which was I.G.'s due process case against the District.

7. Attached hereto as Exhibit E is a true and correct copy of the order from Office of Administrative hearings in Case No. 2016100053, which was J.R.'s due process case against the District.

8. Attached hereto as Exhibit F is a true and correct copy of the order from Office of Administrative hearings in Case No. 2018080844, which was I.H.'s due process case against the District.

9. Attached hereto as Exhibit G is a true and correct copy of the order from Office of Administrative hearings in Case No. 2018090070, which was F.S.'s due process case against the District.

10.	Attached hereto as Exhibit H is a true and correct copy of the order from Office of Administrative hearings in Case No. 2019120540, which was M.L.'s due process case against the District.

11.	Attached hereto as Exhibit I is a true and correct copy of excerpts of the Administrative record in Case No. 2018080844, containing excerpts of Margie Llanes testimony.

12.	Attached hereto as Exhibit J is a true and correct copy of excerpts of the Administrative record in Case No. 2018080844, containing excerpts of Pablo Ordaz testimony.

13.	Attached hereto as Exhibit K is a true and correct copy of the Administrative record in Case No. 2018080844, containing excerpts of Shannon Billings testimony.

14.	Attached hereto as Exhibit L is a true and correct copy of the Administrative record in Case No. 2018080844, containing excerpts of Michell Moran testimony.

15.	Attached hereto as Exhibit M is a true and correct copy of the June 2018 copy of the Special Education Policy Manual that was produced by Defendants in this case.

16.	Attached hereto as Exhibit N is a true and correct copy of the November 2018 Special Education Policy Manual that was produced by Defendants in this case.

17.	Attached hereto as Exhibit O is a true and correct copy of an email and attachment sent by Wayne Saddler, sent on November 8, 2018, that was produced by Defendants in this case.

18.	Attached hereto as Exhibit P is a true and correct copy of excerpts of the deposition of Naomi Cortez, taken on December 19, 2019.

19.	Attached hereto as Exhibit Q is a true and correct copy of excerpts of the deposition of Jennifer Willis, taken on January 16, 2020.

20.	Attached hereto as Exhibit R is a true and correct copy of excerpts of the deposition of Fanny Fitz, taken on January 16, 2020.

21.	Attached hereto as Exhibit S is a true and correct copy of excerpts of the deposition of Steve Tobey, taken on January 21, 2020.

22.	Attached hereto as Exhibit T is a true and correct copy of Plaintiffs deposition notice issued pursuant to FRCP 30(b)(6) for Oxnard School District.

23.	Attached hereto as Exhibit U is a true and correct copy of notes from Student Success Team meetings for M.L. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

24.	Attached hereto as Exhibit V is a true and correct copy of cumulative file notes and report cards for M.L. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

25.	Attached hereto as Exhibit W is a true and correct copy of the initial psychoeducational assessment for purposes of evaluation for special education services for M.L. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

26.	Attached hereto as Exhibit X is a true and correct copy of M.L.'s initial Individualized Education Plan. This District record was produced to counsel as part of the IEP meeting process.

27.	Attached hereto as Exhibit Y is a true and correct copy of the assessment plan from the District. This District record was produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

28.	Attached hereto as Exhibit Z is a true and correct copy of the initial Individualized Education Plan for F.S. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

29. Attached hereto as Exhibit AA is a true and correct copy of meeting notes from Student Success Team meetings for F.S. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

30. Attached hereto as Exhibit BB is a true and correct copy of the initial psychoeducational assessment for purposes of evaluation for special education services for F.S. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

31. Attached hereto as Exhibit CC is a true and correct copy of meeting notes from Student Success Team meetings for J.R. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

32. Attached hereto as Exhibit DD is a true and correct copy of the initial Individualized Education Plan for J.R. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to counsels' participation in the IEP.

33. Attached hereto as Exhibit EE is a true and correct copy of the assessment plan for O.L. This District record was produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

34. Attached hereto as Exhibit FF is a true and correct copy of the initial Individualized Education Plan for O.L. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

35. Attached hereto as Exhibit GG is a true and correct copy of a note sent from O.L.'s Physician's Assistant to the school. This record was produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

36. Attached hereto as Exhibit HH is a true and correct copy of notes from Student Success Team meetings for O.L. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

37. Attached hereto as Exhibit II is a true and correct copy of O.L.'s report cards. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

38. Attached hereto as Exhibit JJ is a true and correct copy of the initial psychoeducational assessment for O.L. for purposes of evaluation for special education services. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

39. Attached hereto as Exhibit KK is a true and correct copy of the initial Individualized Education Plan for O.L. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

40. Attached hereto as Exhibit LL is a true and correct copy of the initial Individualized Education Plan from Oxnard Union High School District for D.C. These District records were produced to Plaintiffs' counsel by Oxnard Union High School District as part of counsels' participation in the IEP process.

41. Attached hereto as Exhibit MM is a true and correct copy of the assessment plan for D.C. from Oxnard School District. This District record was produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

42. Attached hereto as Exhibit NN is a true and correct copy of the initial psychoeducational assessment for D.C. for purposes of evaluating special education services by Oxnard School District. These District records were produced to Plaintiffs' counsel by Oxnard School District pursuant to an education records request.

43. Attached hereto as Exhibit OO is a true and correct copy of the initial psychoeducational assessment for D.C. for purposes of evaluating special education services by Oxnard Union High School District. This District record was produced as part of counsels' participation in the IEP process.

44. Attached hereto as Exhibit PP is a true and correct copy of total enrollment data, which I obtained from Dataquest and which includes data from the most recent

year available at the time of the filing of this motion. The California Department of Education's DataQuest is the web-based data reporting system for the State of California, with reporting on state-wide and district-wide data sets, among others. The main page for DataQuest is located at https://dq.cde.ca.gov/dataquest/. The data available in DataQuest reports, inter alia, includes total enrollment and special education enrollment by district and state-wide. The data that was originally attached as Exhibit B to the Declaration of Peter Leone (Docket No. 43) was pulled from the California Department of Education's DataQuest page. The data that was attached to my prior declaration in conjunction with Plaintiffs' class certification motion (Docket No. 152) was also pulled from this page.

45. Attached hereto as Exhibit QQ is a true and correct copy of special education enrollment data, which I obtained from Dataquest and which includes data from the most recent year available at the time of the filing of this motion. This is the same data source as that relied on by Dr. Leone.

46. Attached hereto as Exhibit RR is a true and correct copy of is a chart reflecting this data, as updated through the 2018-2019 school year, prepared using the data in Exhibits PP and QQ.

47. Attached hereto as Exhibit SS is a true and correct copy of Defendants' Supplemental Responses to Plaintiffs' First Set of Interrogatories, served January 7, 2020.

48. Attached hereto as Exhibit TT is a true and correct copy of a chart reflecting sources of referrals that is based on the data contained in Defendants' Supplemental Responses to Plaintiffs' First Set of Interrogatories, served January 7, 2020, Exhibit SS.

49. Attached hereto as Exhibit UU is a true and correct copy of a chart reflecting relative rates of special education enrollment, prepared using the California Department of Education data included in RR.

50. Attached hereto as Exhibit VV is a true and correct copy of the Deposition of Chris Ridge, taken on January 22, 2020.

51. Attached hereto as Exhibit WW is a true and correct copy of the California Department of Education's determination in Case No. Case S-0730-17/18.

Executed this 13th day of March 2020, in Los Angeles, California.



Shawna L. Parks

Parks Declaration in Support of Plaintiffs' Motion for Partial Summary Judgment

7