# Exhibit PP

California Department of Education

DataQuest Home  /  Enrollment Report

# 2014-15 K-12 Enrollment by Age Group and Grade

## Oxnard District Report (56-72538)

**+ Report Description**

**+ Report Options and Filters**

| Age Group | Grade K | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Total Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1,664 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,664** |
| 6 | 502 | 1,556 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | **2,059** |
| 7 | 0 | 368 | 1,642 | 1 | 0 | 0 | 0 | 0 | 0 | **2,011** |
| 8 | 0 | 0 | 271 | 1,762 | 1 | 0 | 0 | 0 | 0 | **2,034** |
| 9 | 0 | 0 | 1 | 269 | 1,618 | 1 | 0 | 0 | 0 | **1,889** |
| 10 | 0 | 0 | 0 | 2 | 288 | 1,563 | 1 | 0 | 0 | **1,854** |
| 11 | 0 | 0 | 0 | 0 | 8 | 281 | 1,436 | 2 | 0 | **1,727** |
| 12 | 0 | 0 | 0 | 0 | 0 | 5 | 296 | 1,335 | 0 | **1,636** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 339 | 1,327 | **1,669** |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 350 | **358** |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | **15** |
| Total | **2,166** | **1,924** | **1,915** | **2,034** | **1,915** | **1,850** | **1,736** | **1,684** | **1,692** | **16,916** |

California Department of Education

DataQuest Home  /  Enrollment Report

# 2015-16 K-12 Enrollment by Age Group and Grade

## Oxnard District Report (56-72538)

**+ Report Description**

**+ Report Options and Filters**

| Age Group | Grade K | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Total Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3** |
| 5 | 1,547 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,548** |
| 6 | 630 | 1,304 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,934** |
| 7 | 1 | 547 | 1,510 | 1 | 0 | 0 | 0 | 0 | 0 | **2,059** |
| 8 | 0 | 1 | 387 | 1,622 | 0 | 0 | 0 | 0 | 0 | **2,010** |
| 9 | 0 | 0 | 2 | 274 | 1,719 | 2 | 0 | 0 | 0 | **1,997** |
| 10 | 0 | 0 | 0 | 2 | 264 | 1,634 | 1 | 0 | 0 | **1,901** |
| 11 | 0 | 0 | 0 | 0 | 1 | 286 | 1,510 | 1 | 0 | **1,798** |
| 12 | 0 | 0 | 0 | 0 | 0 | 7 | 271 | 1,425 | 2 | **1,705** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 294 | 1,311 | **1,609** |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 342 | **344** |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | **10** |
| Total | **2,181** | **1,853** | **1,899** | **1,899** | **1,984** | **1,929** | **1,786** | **1,722** | **1,665** | **16,918** |

California Department of Education

DataQuest Home  /  Enrollment Report

# 2016-17 K-12 Enrollment by Age Group and Grade

## Oxnard District Report (56-72538)

**+ Report Description**

**+ Report Options and Filters**

| Age Group | Grade K | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Total Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1** |
| 5 | 1,467 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | **1,468** |
| 6 | 600 | 1,221 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | **1,823** |
| 7 | 0 | 623 | 1,288 | 0 | 0 | 0 | 0 | 0 | 0 | **1,911** |
| 8 | 0 | 3 | 553 | 1,476 | 1 | 0 | 0 | 0 | 0 | **2,033** |
| 9 | 0 | 0 | 1 | 381 | 1,600 | 0 | 0 | 0 | 0 | **1,982** |
| 10 | 0 | 0 | 1 | 2 | 274 | 1,681 | 1 | 0 | 0 | **1,959** |
| 11 | 0 | 0 | 0 | 0 | 4 | 270 | 1,588 | 0 | 0 | **1,862** |
| 12 | 0 | 0 | 0 | 0 | 0 | 2 | 281 | 1,503 | 2 | **1,788** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 270 | 1,423 | **1,701** |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 288 | **291** |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | **3** |
| Total | **2,068** | **1,847** | **1,845** | **1,859** | **1,879** | **1,954** | **1,878** | **1,776** | **1,716** | **16,822** |

California Department of Education

DataQuest Home   /   Enrollment Report

# 2017-18 K-12 Enrollment by Age Group and Grade

## Oxnard Report (56-72538)

**+ Report Description**

**+ Report Options and Filters**

| Age Group | Grade K | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Total Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1,414 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,414** |
| 6 | 587 | 1,150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,737** |
| 7 | 1 | 600 | 1,198 | 2 | 0 | 0 | 0 | 0 | 0 | **1,801** |
| 8 | 0 | 0 | 626 | 1,262 | 0 | 0 | 0 | 0 | 0 | **1,888** |
| 9 | 0 | 0 | 3 | 547 | 1,464 | 1 | 0 | 0 | 0 | **2,015** |
| 10 | 0 | 0 | 0 | 2 | 368 | 1,588 | 0 | 0 | 0 | **1,958** |
| 11 | 0 | 0 | 0 | 0 | 3 | 265 | 1,647 | 1 | 0 | **1,916** |
| 12 | 0 | 0 | 0 | 0 | 0 | 4 | 264 | 1,550 | 0 | **1,818** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 280 | 1,482 | **1,764** |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 278 | **285** |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | **3** |
| Total | **2,002** | **1,750** | **1,827** | **1,813** | **1,835** | **1,858** | **1,913** | **1,838** | **1,763** | **16,599** |

California Department of Education

DataQuest Home  /  Enrollment Report

# 2018-19 K-12 Enrollment by Age Group and Grade

## Oxnard Report (56-72538)

**+ Report Description**

**+ Report Options and Filters**

| Age Group | Grade K | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Total Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1,306 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,306** |
| 6 | 549 | 1,133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,682** |
| 7 | 0 | 586 | 1,126 | 0 | 0 | 0 | 0 | 0 | 0 | **1,712** |
| 8 | 0 | 1 | 592 | 1,184 | 2 | 0 | 0 | 0 | 0 | **1,779** |
| 9 | 0 | 0 | 0 | 606 | 1,231 | 0 | 0 | 0 | 0 | **1,837** |
| 10 | 0 | 0 | 0 | 4 | 534 | 1,431 | 1 | 0 | 0 | **1,970** |
| 11 | 0 | 0 | 0 | 0 | 4 | 375 | 1,531 | 0 | 0 | **1,910** |
| 12 | 0 | 0 | 0 | 0 | 0 | 3 | 256 | 1,613 | 1 | **1,873** |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 259 | 1,531 | **1,792** |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 266 | **268** |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | **5** |
| Total | **1,855** | **1,720** | **1,718** | **1,794** | **1,771** | **1,809** | **1,790** | **1,874** | **1,803** | **16,134** |

# 2018-19 K-12 Enrollment by Age Group and Grade

## State Report



+ **Report Description**

+ **Report Options and Filters**

| Age Group | Grade K | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade 10 | Grade 11 | Grade 12 | Total Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 0 | 1 | 2 | 1 | 0 | 0 | 2 | 1 | 0 | 1 | 1 | **12** |
| 1-3 | 0 | 3 | 1 | 0 | 0 | 2 | 0 | 2 | 3 | 0 | 1 | 0 | 2 | **14** |
| 4 | 8,805 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | **8,809** |
| 5 | 358,588 | 117 | 6 | 2 | 1 | 1 | 1 | 0 | 0 | 2 | 4 | 1 | 0 | **358,723** |
| 6 | 157,776 | 284,800 | 306 | 10 | 1 | 3 | 4 | 4 | 0 | 1 | 0 | 2 | 1 | **442,908** |
| 7 | 551 | 160,268 | 286,116 | 325 | 9 | 2 | 1 | 2 | 1 | 1 | 0 | 1 | 0 | **447,277** |
| 8 | 30 | 1,188 | 166,323 | 287,124 | 397 | 14 | 5 | 3 | 3 | 1 | 0 | 1 | 1 | **455,090** |
| 9 | 2 | 15 | 1,665 | 166,344 | 300,327 | 600 | 14 | 9 | 2 | 1 | 1 | 0 | 0 | **468,979** |
| 10 | 0 | 4 | 18 | 1,864 | 145,376 | 340,525 | 804 | 18 | 5 | 4 | 1 | 0 | 1 | **488,620** |
| 11 | 0 | 1 | 10 | 24 | 1,893 | 124,344 | 368,907 | 1,135 | 23 | 5 | 6 | 1 | 0 | **496,349** |
| 12 | 0 | 2 | 3 | 9 | 27 | 1,686 | 99,543 | 387,869 | 1,275 | 34 | 3 | 1 | 0 | **490,452** |

| | | | | | | | | | | | | | | **Total** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 4 | 1 | 4 | 9 | 19 | 1,678 | 95,974 | 377,599 | 1,506 | 28 | 5 | 1 | **476,828** |
| 14 | 3 | 0 | 0 | 0 | 8 | 9 | 35 | 1,960 | 96,781 | 374,744 | 1,616 | 28 | 10 | **475,194** |
| 15 | 1 | 0 | 1 | 3 | 3 | 2 | 6 | 41 | 2,103 | 105,371 | 365,257 | 1,719 | 58 | **474,565** |
| 16 | 0 | 0 | 2 | 2 | 4 | 3 | 3 | 5 | 30 | 7,234 | 108,136 | 350,668 | 2,065 | **468,152** |
| 17 | 0 | 7 | 5 | 3 | 0 | 2 | 5 | 2 | 4 | 2,503 | 9,556 | 109,734 | 341,297 | **463,118** |
| 18 | 0 | 0 | 2 | 2 | 2 | 2 | 1 | 0 | 2 | 861 | 2,991 | 8,739 | 118,129 | **130,733** |
| 19 | 0 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 200 | 977 | 2,206 | 14,005 | **17,393** |
| 20 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 104 | 418 | 749 | 6,121 | **7,398** |
| 21 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 | 264 | 314 | 4,425 | **5,081** |
| 22 | 0 | 14 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 77 | 232 | 180 | 1,279 | **1,783** |
| 23-29 | 1 | 243 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 368 | 1,123 | 376 | 1,173 | **3,296** |
| 30-39 | 0 | 614 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 372 | 1,029 | 67 | 606 | **2,720** |
| 40-49 | 1 | 375 | 23 | 0 | 0 | 1 | 0 | 1 | 1 | 226 | 564 | 29 | 322 | **1,541** |
| 50+ | 0 | 358 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 212 | 484 | 21 | 152 | **1,243** |
| **Total** | 525,758 | 448,028 | 454,542 | 455,718 | 448,061 | 467,215 | 471,008 | 487,027 | 477,835 | 493,903 | 492,690 | 474,843 | 489,650 | **6,186,278** |

# Exhibit QQ

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2013
Prepared: 9/21/2017 2:08:09 PM

## Special Education Enrollment by Age and Disability
## 5672538 - -Oxnard

### **District of Residence**

| Age | Intellectual Disability (MR) | Hard of Hearing (HH) | Deaf (DEAF) | Speech or Language Impairment (SLI) | Visual Impairment (VI) | Emotional Disturbance (ED) | Orthopedic Impairment (OI) | Other Health Impairment (OHI) | Specific Learning Disability (SLD) | Deaf-Blindness (DB) | Multiple Disability (MD) | Autism (AUT) | Traumatic Brain Injury (TBI) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | * | * | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1 | 0 | * | * | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 0 | * | * | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3 | * | 0 | 0 | 73 | 0 | 0 | * | * | * | * | * | 28 | 0 | |
| 4 | * | * | * | 78 | * | 0 | * | * | 0 | 0 | * | 24 | 0 | |
| 5 | 23 | * | 0 | 56 | 0 | 0 | * | * | 0 | 0 | * | 30 | 0 | |
| 6 | 11 | 0 | * | 89 | * | * | * | * | * | 0 | * | 31 | 0 | |
| 7 | * | * | 0 | 81 | 0 | * | * | * | * | 0 | 0 | 31 | 0 | |
| 8 | 13 | * | * | 65 | 0 | * | 0 | * | 30 | 0 | * | 23 | 0 | |
| 9 | 12 | 0 | * | 59 | * | * | * | * | 57 | 0 | * | 32 | 0 | |
| 10 | 15 | * | * | 45 | * | * | 0 | * | 57 | 0 | * | 33 | * | |
| 11 | 12 | * | * | 46 | * | * | 0 | * | 61 | 0 | * | 22 | 0 | |
| 12 | * | * | * | 18 | 0 | * | * | * | 89 | 0 | * | 25 | 0 | |
| 13 | 13 | 0 | * | 21 | 0 | * | * | * | 79 | 0 | * | 14 | * | |
| 14 | * | * | 0 | * | * | 0 | 0 | * | 44 | 0 | 0 | * | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

\* Denotes values under 11

1,689

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2013
Prepared: 9/21/2017 2:07:36 PM

## Special Education Enrollment by Age and Grade
## 5672538 - -Oxnard

### **District of Residence**

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 118 | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 119 | |
| 5 | 112 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 6 | 11 | 134 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7 | 0 | * | 124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 0 | * | 28 | 118 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 0 | 0 | 0 | 38 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | 0 | 0 | 0 | 0 | 33 | 134 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | 0 | 0 | 0 | 37 | 124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 | 51 | 106 | * | 0 | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | * | 50 | 103 | 0 | 0 | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62 | 0 | 0 | 0 | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

\* Denotes values under 11

1,689

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2014
Prepared: 9/21/2017 2:14:33 PM

## Special Education Enrollment by Age and Disability
## 5672538 - -Oxnard

### **District of Residence**

| Age | Intellectual Disability (MR) | Hard of Hearing (HH) | Deaf (DEAF) | Speech or Language Impairment (SLI) | Visual Imapairment (VI) | Emotional Disturbance (ED) | Orthopedic Impairment (OI) | Other Health Impairment (OHI) | Specific Learning Disability (SLD) | Deaf-Blindness (DB) | Multiple Disability (MD) | Autism (AUT) | Traumatic Brain Injury (TBI) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1 | 0 | * | 0 | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 0 | * | 0 | * | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3 | * | 0 | * | 86 | 0 | 0 | * | * | 0 | 0 | 0 | 26 | 0 | |
| 4 | * | * | 0 | 91 | 0 | 0 | * | * | 0 | 0 | * | 34 | 0 | |
| 5 | 11 | * | * | 70 | 0 | * | * | * | 0 | 0 | * | 17 | 0 | |
| 6 | 25 | * | 0 | 76 | * | * | * | * | * | 0 | * | 30 | 0 | |
| 7 | 12 | * | * | 95 | * | * | * | * | * | 0 | * | 31 | 0 | |
| 8 | * | * | * | 66 | 0 | * | * | * | 21 | 0 | 0 | 28 | 0 | |
| 9 | 16 | * | * | 54 | 0 | * | 0 | * | 50 | 0 | * | 20 | 0 | |
| 10 | 11 | 0 | * | 53 | * | * | * | * | 72 | 0 | * | 32 | 0 | |
| 11 | 15 | * | * | 34 | * | * | 0 | * | 75 | 0 | * | 31 | * | |
| 12 | * | * | * | 26 | * | * | * | * | 69 | 0 | * | 24 | 0 | |
| 13 | * | * | * | 16 | 0 | * | * | * | 83 | 0 | * | 24 | 0 | |
| 14 | * | 0 | 0 | * | 0 | * | 0 | * | 34 | 0 | 0 | * | * | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

*
Denotes values under 11

1,722

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2014
Prepared: 9/21/2017 2:06:37 PM

## Special Education Enrollment by Age and Grade
## 5672538 - -Oxnard

### **District of Residence**

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 125 | |
| 4 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 141 | |
| 5 | 107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 6 | 17 | 133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7 | 0 | 15 | 149 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 0 | 0 | * | 124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 0 | 0 | 0 | 27 | 132 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | 0 | 0 | 0 | 0 | 35 | 149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | 0 | 0 | 0 | 37 | 138 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 | 37 | 114 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | * | 49 | 101 | 0 | 0 | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51 | * | 0 | 0 | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

\* Denotes values under 11

1,722

_____

Click here for downloading instructions.

Click here to go back to Main Page.

P000229

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2015
Prepared: 9/21/2017 2:03:31 PM

## Special Education Enrollment by Age and Disability
## 5672538 - -Oxnard

### **District of Residence**

| Age | Intellectual Disability (MR) | Hard of Hearing (HH) | Deaf (DEAF) | Speech or Language Impairment (SLI) | Visual Impairment (VI) | Emotional Disturbance (ED) | Orthopedic Impairment (OI) | Other Health Impairment (OHI) | Specific Learning Disability (SLD) | Deaf-Blindness (DB) | Multiple Disability (MD) | Autism (AUT) | Traumatic Brain Injury (TBI) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1 | 0 | 0 | 0 | 0 | * | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 0 | * | * | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3 | * | 0 | * | 77 | 0 | 0 | * | * | * | 0 | * | 13 | 0 | |
| 4 | * | 0 | * | 92 | 0 | 0 | * | * | 0 | 0 | * | 31 | 0 | |
| 5 | 11 | * | 0 | 74 | 0 | 0 | * | * | * | 0 | * | 29 | 0 | |
| 6 | * | * | * | 79 | 0 | * | * | * | 0 | 0 | * | 25 | 0 | |
| 7 | 26 | * | 0 | 74 | * | * | * | * | * | 0 | * | 31 | 0 | |
| 8 | 17 | * | * | 82 | * | * | * | * | 24 | 0 | * | 32 | 0 | |
| 9 | * | * | * | 57 | 0 | * | 0 | * | 35 | 0 | 0 | 24 | 0 | |
| 10 | 21 | * | * | 44 | * | * | * | * | 70 | 0 | * | 20 | 0 | |
| 11 | 15 | * | * | 37 | * | * | * | * | 81 | 0 | * | 33 | 0 | |
| 12 | 18 | * | * | 25 | * | * | 0 | * | 76 | 0 | * | 33 | * | |
| 13 | 11 | * | * | 21 | * | * | * | * | 70 | 0 | * | 21 | 0 | |
| 14 | * | * | 0 | * | 0 | * | 0 | * | 31 | 0 | 0 | * | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

*
Denotes values under 11

1,725

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2015
Prepared: 9/21/2017 2:03:04 PM

## Special Education Enrollment by Age and Grade
### 5672538 - -Oxnard

### **District of Residence**

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 104 | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 138 | |
| 5 | 124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 6 | 12 | 115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7 | * | 22 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 0 | 0 | 23 | 157 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 0 | 0 | 0 | 13 | 126 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | 0 | 0 | 0 | * | 38 | 143 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | 0 | 0 | 0 | 35 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | 0 | 0 | 0 | * | 32 | 141 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 113 | 0 | 0 | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | * | 0 | 0 | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

* Denotes values under 11

1,725

_____

Click here for downloading instructions.

Click here to go back to Main Page.

P000231

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2016
Prepared: 9/21/2017 2:02:34 PM

## Special Education Enrollment by Age and Disability
## 5672538 - -Oxnard

### **District of Residence**

| Age | Intellectual Disability (MR) | Hard of Hearing (HH) | Deaf (DEAF) | Speech or Language Impairment (SLI) | Visual Impairment (VI) | Emotional Disturbance (ED) | Orthopedic Impairment (OI) | Other Health Impairment (OHI) | Specific Learning Disability (SLD) | Deaf-Blindness (DB) | Multiple Disability (MD) | Autism (AUT) | Traumatic Brain Injury (TBI) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1 | 0 | * | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 0 | 0 | * | * | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3 | * | * | * | 114 | 0 | 0 | * | * | 0 | 0 | * | 15 | * | |
| 4 | * | * | * | 102 | 0 | 0 | * | * | 0 | 0 | * | 15 | 0 | |
| 5 | * | 0 | * | 72 | * | 0 | * | * | * | 0 | * | 27 | 0 | |
| 6 | 12 | * | 0 | 88 | * | 0 | * | * | * | 0 | * | 34 | 0 | |
| 7 | 12 | * | * | 82 | 0 | * | * | * | * | 0 | * | 29 | 0 | |
| 8 | 29 | * | 0 | 59 | * | * | * | 12 | 38 | 0 | * | 29 | 0 | |
| 9 | 18 | * | * | 73 | * | * | * | 11 | 48 | 0 | * | 31 | 0 | |
| 10 | * | * | * | 51 | 0 | * | 0 | 12 | 54 | 0 | 0 | 29 | 0 | |
| 11 | 23 | * | * | 47 | * | * | * | 19 | 85 | 0 | * | 16 | 0 | |
| 12 | 15 | * | * | 33 | * | * | * | 11 | 83 | 0 | * | 34 | 0 | |
| 13 | 18 | * | * | 27 | 0 | * | 0 | * | 72 | 0 | * | 30 | * | |
| 14 | * | 0 | 0 | * | 0 | * | 0 | * | 19 | 0 | * | * | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

* Denotes values under 11

1,874

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2016
Prepared: 9/21/2017 1:59:59 PM

## Special Education Enrollment by Age and Grade
### 5672538 - -Oxnard

### **District of Residence**

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 159 | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 133 | |
| 5 | 115 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 6 | 40 | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7 | 0 | 28 | 117 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 0 | * | 30 | 151 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 0 | 0 | 0 | 24 | 173 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | 0 | 0 | * | 0 | 18 | 149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | 0 | 0 | * | 39 | 167 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 155 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 139 | 0 | 0 | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

*
Denotes values under 11

1,874

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2017
Prepared: 11/19/2018 10:39:45 AM

## Special Education Enrollment by Age and Disability
## 5672538 - -Oxnard

### **District of Residence**

| Age | Intellectual Disability (MR) | Hard of Hearing (HH) | Deaf (DEAF) | Speech or Language Impairment (SLI) | Visual Impairment (VI) | Emotional Disturbance (ED) | Orthopedic Impairment (OI) | Other Health Impairment (OHI) | Specific Learning Disability (SLD) | Deaf-Blindness (DB) | Multiple Disability (MD) | Autism (AUT) | Traumatic Brain Injury (TBI) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | * | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 0 | 0 | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 0 | * | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | * | * | * | 98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 0 | 0 |
| 4 | * | * | * | 109 | 0 | 0 | * | * | * | 0 | * | 20 | * | * |
| 5 | * | 0 | * | 64 | * | 0 | * | * | 0 | 0 | * | 15 | 0 | 0 |
| 6 | * | * | * | 85 | * | * | * | * | * | 0 | * | 26 | 0 | 0 |
| 7 | 11 | * | 0 | 77 | * | * | * | 15 | 15 | 0 | * | 36 | 0 | 0 |
| 8 | 12 | * | * | 58 | 0 | * | 0 | 13 | 29 | 0 | * | 26 | 0 | 0 |
| 9 | 30 | * | 0 | 54 | * | * | * | 14 | 60 | 0 | * | 28 | 0 | 0 |
| 10 | 17 | * | * | 47 | * | * | * | 23 | 69 | 0 | * | 32 | * | 0 |
| 11 | 11 | * | * | 46 | 0 | * | 0 | 22 | 82 | 0 | * | 29 | 0 | 0 |
| 12 | 22 | * | * | 40 | * | 11 | 0 | 25 | 101 | 0 | * | 19 | 0 | 0 |
| 13 | 15 | * | * | 29 | * | * | 0 | 11 | 89 | 0 | * | 35 | 0 | 0 |
| 14 | * | * | * | * | 0 | * | 0 | * | 16 | 0 | 0 | * | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* Denotes values under 11

1,920

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2017
Prepared: 11/19/2018 10:42:16 AM

## Special Education Enrollment by Age and Grade
## 5672538 - -Oxnard

### **District of Residence**

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 | |
| 4 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 159 | |
| 5 | 96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 6 | 35 | 108 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7 | 0 | 47 | 118 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 0 | 0 | 27 | 123 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 0 | 0 | * | 37 | 166 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | 0 | 0 | 0 | 0 | 29 | 181 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | 0 | 0 | 0 | 26 | 177 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | 0 | 0 | 0 | * | 46 | 179 | * | 0 | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 158 | 0 | 0 | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

\* Denotes values under 11

1,920

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2018
Prepared: 10/16/2019 3:39:24 PM

## Special Education Enrollment by Age and Disability
## 5672538 - -Oxnard

### **District of Residence**

| Age | Intellectual Disability (MR) | Hard of Hearing (HH) | Deaf (DEAF) | Speech or Language Impairment (SLI) | Visual Impairment (VI) | Emotional Disturbance (ED) | Orthopedic Impairment (OI) | Other Health Impairment (OHI) | Specific Learning Disability (SLD) | Deaf-Blindness (DB) | Multiple Disability (MD) | Autism (AUT) | Traumatic Brain Injury (TBI) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | * | * | 0 | 0 | 0 | * | * | 0 | 0 | 0 | 0 | * | 0 |
| 1 | 0 | * | * | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 0 | 0 | * | 0 | 0 | 0 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | * | * | * | 100 | 0 | 0 | * | * | * | 0 | * | 15 | 0 | 0 |
| 4 | 12 | * | * | 110 | 0 | 0 | 0 | * | * | 0 | 0 | 15 | 0 | 0 |
| 5 | 12 | * | * | 99 | 0 | * | * | * | 0 | 0 | * | 15 | * | 0 |
| 6 | 11 | 0 | * | 93 | * | * | * | 14 | * | 0 | * | 18 | 0 | 0 |
| 7 | * | * | * | 91 | * | * | * | 20 | 19 | 0 | * | 30 | * | 0 |
| 8 | 13 | * | 0 | 67 | * | * | * | 26 | 45 | 0 | * | 39 | 0 | 0 |
| 9 | 17 | * | 0 | 57 | 0 | * | 0 | 33 | 62 | 0 | * | 29 | 0 | 0 |
| 10 | 33 | * | 0 | 57 | * | * | * | 25 | 104 | 0 | * | 28 | * | 0 |
| 11 | 14 | * | * | 48 | 0 | 11 | 0 | 35 | 104 | 0 | * | 34 | 0 | 0 |
| 12 | 14 | * | * | 39 | 0 | 14 | 0 | 27 | 93 | 0 | * | 29 | 0 | 0 |
| 13 | 24 | * | * | 34 | * | 19 | 0 | 30 | 107 | 0 | * | 16 | 0 | 0 |
| 14 | * | 0 | * | * | 0 | * | 0 | * | 23 | 0 | 0 | * | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* Denotes values under 11

2,223

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2018
Prepared: 10/16/2019 3:41:45 PM

## Special Education Enrollment by Age and Grade
### 5672538 - -Oxnard

### **District of Residence**

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 132 | |
| 4 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 145 | |
| 5 | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | |
| 6 | 35 | 114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7 | 0 | 43 | 139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 0 | 0 | 58 | 144 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 0 | 0 | 0 | 42 | 174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | 0 | 0 | 0 | * | 48 | 217 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | 0 | 0 | * | 42 | 214 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 194 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 192 | 0 | 0 | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

* Denotes values under 11

2,223

_____

Click here for downloading instructions.

Click here to go back to Main Page.

California Department of Education
Special Education Division
Reporting Cycle: December 1, 2018
Prepared: 3/10/2020 12:34:44 AM

## Special Education Enrollment by Age and Grade
## Statewide Report

| Age | Kindergarten | First grade | Second grade | Third grade | Fourth grade | Fifth grade | Sixth grade | Seventh grade | Eighth grade | Ninth grade | Tenth grade | Eleventh grade | Twelfth grade | All Others | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 866 | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,091 | |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,199 | |
| 3 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,206 | |
| 4 | 636 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,463 | |
| 5 | 30,454 | 219 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,476 | |
| 6 | 11,618 | 30,309 | 86 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | |
| 7 | 413 | 13,374 | 33,414 | 57 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8 | 27 | 443 | 15,468 | 36,410 | 71 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9 | 12 | 35 | 567 | 17,354 | 39,780 | 102 | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 10 | * | * | 33 | 661 | 17,450 | 44,245 | 93 | * | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11 | 0 | 0 | * | 35 | 614 | 17,188 | 45,294 | 213 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 12 | 0 | 0 | * | * | 33 | 524 | 15,982 | 45,589 | 200 | * | 0 | 0 | 0 | 0 | |
| 13 | 0 | 0 | 0 | * | * | 29 | 575 | 15,657 | 43,133 | 185 | * | 0 | 0 | 0 | |
| 14 | 0 | 0 | 0 | 0 | 0 | * | 42 | 588 | 15,500 | 40,652 | 208 | * | 0 | 0 | |
| 15 | 0 | 0 | 0 | 0 | 0 | * | * | 48 | 508 | 16,802 | 37,560 | 203 | * | 0 | |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 35 | 1,556 | 16,613 | 33,857 | 419 | 0 | |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | * | 446 | 1,821 | 16,361 | 31,529 | 55 | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 97 | 485 | 1,462 | 17,851 | 2,943 | |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 113 | 289 | 3,398 | 3,510 | |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 95 | 1,819 | 3,232 | |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | * | 984 | 3,340 | |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 79 | 539 | |

\* Denotes values under 11

795,047

Click here for downloading instructions.

Click here to go back to Main Page.

# Exhibit RR

**Oxnard School District – Based on Data Reported to California Department of Education (obtained via DataQuest)**

**Reporting Based on District of Residence**

| Report Dated December | Total 5-15 Enrollment for school year | Special Ed Enrollment (total) | Special Ed Enrollment (ages 5-15) | Sp Ed Enrollment Percentage (5-15 year olds) | S/L | S/L % | LD | LD % | OHI | OHI % | ID | ID % | Aut | Aut % | ED | ED % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 16,134 | 2223 | 1917 | 11.9% | 585 | 30.5% | 557 | 29% | 210 | 11% | 138 | 7.2% | 238 | 12.4% | 44 | 2.3% |
| 2017 | 16,599 | 1920 | 1641 | 9.9% | 500 | 30.5% | 461 | 28.1% | 123 | 7.5% | 118 | 7.2% | 246 | 15% | 11 | .7% |
| 2016 | 16,822 | 1874 | 1582 | 9.4% | 532 | 33.6% | 399 | 25.2% | 65 | 4% | 127 | 8% | 259 | 16.4% | * | * |
| 2015 | 16,918 | 1725 | 1472 | 8.7% | 493 | 33.5% | 387 | 26.3% | * | * | 119 | 8.1% | 248 | 16.8% | * | * |
| 2014 | 16,916 | 1722 | 1442 | 8.5% | 490 | 34% | 404 | 28% | * | | 80 | 5.5% | 237 | 16.4% | * | |
| 2013 | 16,803 | 1689 | 1452 | 8.6% | 480 | 33% | 417 | 28.7% | * | | 99 | 6.8% | 241 | 16.7% | * | |
| 2012 | 16,533 | 1643 | 1424 | 8.6% | 516 | 36% | 405 | 28.4% | * | | 68 | 4.8% | 226 | 15.9% | * | |
| 2011 | 16,119 | 1628 | 1441 | 8.9% | 535 | 37% | 404 | 28% | * | | 63 | 4.4% | 208 | 14.4% | * | |

*Not significant enough numbers to report

Disability specific percentages, are percentages of special education enrollment for 5-15 year olds (e.g. in 2016, 33.6% of District's 5-15 special education population was eligible under Speech/Language).

## State of California – Based on Data Reported to California Department of Education (obtained via DataQuest)

| Report Dated December year | Total 5-15 Enrollment for school year | Special Ed Enrollment (ages 5-15) | Sp Ed Enrollment Percentage (5-15 year olds, aka K-12) | S/L | S/L % | LD | LD % | OHI | OHI % | ID | ID % | Aut | Aut % | ED | ED % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 5,074,985 | 593,562 | 11.7% | | | | | | | | | | | | |
| 2017 | 5,097,820 | 576,617 | 11.3% | 126,546 | 22% | 227,731 | 40% | 73,918 | 13% | 27,259 | 5% | 81,777 | 14.2% | 16,103 | 2.8% |
| 2016 | 5,103,460 | 550,498 | 10.8% | 125,765 | 22.8% | 222,710 | 40.5% | 68,234 | 12.4% | 27,243 | 5% | 76,488 | 13.9% | 15,673 | 2.8% |
| 2015 | 5,110,603 | 543,658 | 10.6% | 126,026 | 23.2% | 217,534 | 40% | 62,568 | 11.5% | 27,025 | 5% | 71,389 | 13.1% | 15,429 | 2.8% |
| 2014 | 5,108,665 | 528,604 | 10.3% | 126,762 | 24% | 212,423 | 40.2% | 57,194 | 9.8% | 26,550 | 5% | 66,603 | 12.6% | 15,716 | 3% |
| 2013 | | 518,006 | | | | | | | | | | | | | |
| 2012 | | 506,801 | | | | | | | | | | | | | |
| 2011 | | 499,217 | | | | | | | | | | | | | |

** California only began tracking state level age enrollment in 2014.

# Exhibit SS

1

**GARCIA HERNANDEZ SAWHNEY, LLP**
Albert T. Erkel (SBN 93793)

2

aerkel@ghslaw.com
Conor H. Kennedy (SBN 281793)

3

ckennedy@ghslaw.com
GARCIA HERNANDEZ SAWHNEY, LLP

4

330 N. Brand Blvd., Suite 680
Glendale, CA 91203

5

Phone: (213) 347-0210

6

Attorneys for Defendants Oxnard School District,
Cesar Morales, Ernest Morrison, Debra Cordes,

7

Denis O'Leary, Veronica Robles-Solis, and
Monica Madrigal Lopez

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  M.B., a minor, by and through her guardian ad litem, F.B.; I.G., a minor, | )   Case No.: 2:17-cv-04304-JAK-FFM |
| 12  by and through his guardian ad litem, M.E., F.S., a minor, by and through her | )   **DEFENDANT OXNARD SCHOOL** |
| 13  guardian ad litem, F.B.; Primero Los Niños, an organization, on behalf of | )   **DISTRICT'S OBJECTIONS AND** |
| themselves; A.E., a minor, by and | )   **SUPPLEMENTAL RESPONSES TO** |
| 14  through his guardian ad litem, T.L.; M.L., a minor, by and through his | )   **PLAINTIFFS' FIRST SET OF** |
| 15  guardian ad litem, E.E.; and D.C., by and through her guardian ad litem, | )   **INTERROGATORIES** |
| 16  M.L.; on behalf of themselves and all those similarly situated, | ) |
| 17                              Plaintiffs, | ) |
| 18                       v. | ) |
| 19  OXNARD SCHOOL DISTRICT; CESAR MORALES, Superintendent of | ) |
| 20  Oxnard School District, in his official capacity; ERNEST MORRISON, | ) |
| 21  President of Board of Trustees, in his official capacity; DEBRA CORDES, | ) |
| 22  Clerk of Board of Trustees, in her official capacity; DENIS O'LEARY, | ) |
| 23  Trustee of Board of Trustees, in his official capacity; VERONICA | ) |
| 24  ROBLES-SOLIS, Trustee of Board of Trustees, in her official capacity; | ) |
| 25  MONICA MADRIGAL LOPEZ, Trustee of Board of Trustees, in her | ) |
| 26  official capacity; and DOES 1 TO 10, inclusive. | ) |
| 27                       Defendants | ) |
| 28 | ) |

1

PROPOUNDING PARTY: PLAINTIFFS

RESPONDING PARTY:     DEFENDANT OXNARD SCHOOL DISTRICT

SET NO.:                      ONE

Defendant Oxnard School District ("District"), through their counsel of record, hereby responds to Plaintiff's Interrogatories, Set One.

## **PRELIMINARY STATEMENT**

This responding party has not completed discovery in this action and has not completed preparations for trial. All of the responses contained herein are based only upon such information and documents which are presently available to and specifically known to this responding party and disclose only those contentions that presently occur to such responding party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth. The following responses are given without prejudice to responding party's right to produce evidence of any subsequently discovered fact or facts which this responding party may later discover or recall. Responding party accordingly reserves the right to amend any and all responses herein as additional facts are ascertained, analysis are made, searches and legal research is completed and contentions are investigated. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known, but should in no way be to the prejudice of this responding party in relation to further discovery, research or analysis. This introductory statement shall apply to each and every response given herein, and shall be incorporated by reference as though set forth in each of the responses appearing on the following pages.

//

//

//

2

## <u>GENERAL OBJECTIONS</u>

1.      District generally objects to the Interrogatories to the extent they seek the information that is equally available to Plaintiff, already known to Plaintiff, or uniquely available from third parties.

2.      District generally objects to the Interrogatories to the extent they expressly or impliedly purport to call for information or legal analyses that are protected by the attorney-client privilege, work product immunity, or similar privileges.

3.      District generally objects to the Interrogatories to the extent they expressly or impliedly seek information that is confidential or proprietary in nature, or which constitutes protected commercial information of District.

4.      District generally objects to the Interrogatories to the extent they are unduly burdensome, oppressive, overbroad and calculated to harass and annoy.

5.      District generally objects to the Interrogatories to the extent they seek information that is protected from disclosure by any individual's statutory and/or common law right to privacy.

6.      District incorporates by reference herein the General Objections in each and every one of the responses below, and District reserves the right to supplement or amend these responses as it becomes necessary, relevant, or subject to mutual agreement between the propounding and responding parties as discovery is not complete.

## <u>OBJECTIONS AND SUPPLEMENTAL RESPONSES</u>

### <u>INTERROGATORY NO. 1:</u>

Please identify the number of students the District assessed for special education in each academic year from the 2013-2014 academic year through the present.

### <u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:</u>

The District objects to Plaintiff's prefatory instructions to its First Set of Interrogatories to the extent such instructions purport to impose obligations exceeding those of the Federal Rules of Civil Procedure. The District further objects to the extent the interrogatory calls for information that is in the possession, custody, and control of

Plaintiffs or is equally accessible to them. The District further objects to this request on the grounds that the only certified class claims in this action seek prospective injunctive relief, and therefore this interrogatory is not relevant to the extent it seeks information regarding special education enrollments in the remote past. The District further objects to this interrogatory on the grounds that it seeks information that is confidential or proprietary in nature, or which constitutes protected commercial information of District. The District further objects to this interrogatory on the grounds that it seeks information that is protected from disclosure by any individual's statutory and/or common law right to privacy.

Without waiving the foregoing objections, the District responds as follows: 425 during the 2013–2014 school year; 419 during the 2014–2015 school year; 456 during the 2015–2016 school year; 509 during the 2016–2017 school year; 606 during the 2017–2018 school year; 718 during the 2018–2019 school year; 407 during the 2019–2020 school year (as of 1/3/2020).

## INTERROGATORY NO. 4:

Please identify the number of students referred by the District for special education assessments via the Coordination of Services Teams ("COST") or Coordination Services Teams ("CST") process and the "students study team" and/or "student success team" ("SST") process during each academic year from the 2013-2014 academic year through the present.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:

The District objects to Plaintiff's prefatory instructions to its First Set of Interrogatories to the extent such instructions purport to impose obligations exceeding those of the Federal Rules of Civil Procedure. The District further objects to the extent the interrogatory calls for information that is in the possession, custody, and control of Plaintiffs or is equally accessible to them. The District further objects to this interrogatory on the grounds that the only certified class claims in this action seek prospective injunctive relief, and therefore this interrogatory is not relevant to the extent it seeks

information regarding special education enrollments in the remote past. The District further objects to this interrogatory on the grounds that it seeks information that is confidential or proprietary in nature, or which constitutes protected commercial information of District. The District further objects to this interrogatory on the grounds that it seeks information that is protected from disclosure by any individual's statutory and/or common law right to privacy.

Without waiving the foregoing objections, the District responds as follows: 127 during the 2013–2014 school year; 127 during the 2014–2015 school year; 178 during the 2015–2016 school year; 197 during the 2016–2017 school year; 233 during the 2017–2018 school year; 370 during the 2018–2019 school year; 281 during the 2019–2020 school year (as of 1/3/2020).

## INTERROGATORY NO. 5:

Please identify the number of parent requests for special education assessments the District has received during each academic year from the 2013-2014 academic year through the present.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:

The District objects to Plaintiff's prefatory instructions to its First Set of Interrogatories to the extent such instructions purport to impose obligations exceeding those of the Federal Rules of Civil Procedure. The District further objects to the extent the interrogatory calls for information that is in the possession, custody, and control of Plaintiffs or is equally accessible to them. The District further objects to this interrogatory on the grounds that the only certified class claims in this action seek prospective injunctive relief, and therefore this interrogatory is not relevant to the extent it seeks information regarding special education enrollments in the remote past. The District further objects to this interrogatory on the grounds that it seeks information that is confidential or proprietary in nature, or which constitutes protected commercial information of District. The District further objects to this interrogatory on the grounds

//

**DEFENDANT OXNARD SCHOOL DISTRICT'S OBJECTIONS & SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

that it seeks information that is protected from disclosure by any individual's statutory and/or common law right to privacy.

Without waiving the foregoing objections, the District responds as follows: 162 during the 2013-2014 school year; 184 during the 2014-2015 school year; 197 during the 2015-2016 school year; 232 during the 2016-2017 school year; 297 during the 2017-2018 school year; 241 during the 2018-2019 school year; 86 during the 2019-2020 school year (as of 1/3/2020).

**INTERROGATORY NO. 6:**

Please identify the number of teacher referrals for special education assessments The District has received during each academic year from the 2013-2014 academic year through the present.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

The District objects to Plaintiff's prefatory instructions to its First Set of Interrogatories to the extent such instructions purport to impose obligations exceeding those of the Federal Rules of Civil Procedure. The District further objects to the extent the interrogatory calls for information that is in the possession, custody, and control of Plaintiffs or is equally accessible to them. The District further objects to this interrogatory on the grounds that the only certified class claims in this action seek prospective injunctive relief, and therefore this interrogatory is not relevant to the extent it seeks information regarding special education enrollments in the remote past. The District further objects to this interrogatory on the grounds that it seeks information that is confidential or proprietary in nature, or which constitutes protected commercial information of District. The District further objects to this interrogatory on the grounds that it seeks information that is protected from disclosure by any individual's statutory and/or common law right to privacy.

Without waiving the foregoing objections, the District responds as follows: 43 during the 2013-2014 school year; 33 during the 2014-2015 school year; 21 during the 2015-2016 school year; 9 during the 2016-2017 school year; 44 during the 2017-2018

**DEFENDANT OXNARD SCHOOL DISTRICT'S OBJECTIONS & SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

school year; 31 during the 2018-2019 school year; 6 during the 2019-2020 school year (as of 1/3/2020).

**INTERROGATORY NO 7:**

Please identify the number of requests or referrals for special education assessments that have occurred in the District and have come from sources other than parents or teachers, such as from healthcare providers, during each academic year from the 2013-2014 academic year through the present.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

The District objects to Plaintiff's prefatory instructions to its First Set of Interrogatories to the extent such instructions purport to impose obligations exceeding those of the Federal Rules of Civil Procedure. The District further objects to the extent the interrogatory calls for information that is in the possession, custody, and control of Plaintiffs or is equally accessible to them. The District further objects to this interrogatory on the grounds that the only certified class claims in this action seek prospective injunctive relief, and therefore this interrogatory is not relevant to the extent it seeks information regarding special education enrollments in the remote past. The District further objects to this interrogatory on the grounds that it seeks information that is confidential or proprietary in nature, or which constitutes protected commercial information of District. The District further objects to this interrogatory on the grounds that it seeks information that is protected from disclosure by any individual's statutory and/or common law right to privacy.

Without waiving the foregoing objections, the District responds as follows: 78 during the 2013-2014 school year; 64 during the 2014-2015 school year; 50 during the 2015-2016 school year; 73 during the 2016-2017 school year; 44 during the 2017-2018 school year; 31 during the 2018-2019 school year; 6 during the 2019-2020 school year (as of 1/3/2020).

//

//

**DEFENDANT OXNARD SCHOOL DISTRICT'S OBJECTIONS & SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

1

2     Date: January 7, 2020                    GARCIA HERNANDEZ SAWHNEY, LLP

3

4                                              By: _____

5                                              Conor Kennedy

6                                              Attorneys for Defendants Oxnard School
                                               District, Cesar Morales, Ernest Morrison,
7                                              Debra Cordes, Denis O'Leary, Veronica
                                               Robles-Solis, and Monica Madrigal Lopez
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

**DEFENDANT OXNARD SCHOOL DISTRICT'S OBJECTIONS & SUPPLEMENTAL RESPONSES**
**TO PLAINTIFF'S INTERROGATORIES, SET ONE**

## PROOF OF SERVICE

I am employed in the county of Alameda, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 2490 Mariner Square Loop, Suite 140.

On January 7, 2020, I served the foregoing document(s) described as: **DEFENDANT OXNARD SCHOOL DISTRICT'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** on the interested parties in this action.

| | |
|---|---|
| SHAWNA L. PARKS<br>LAW OFFICE OF SHAWNA L. PARKS<br>sparks@parks-law-office.com<br>4470 W. Sunset Blvd., Ste. 107-347<br>Los Angeles, CA 90027<br><br>JANEEN STEEL<br>PATRICIA A. VAN DYKE<br>LEARNING RIGHTS LAW CENTER<br>205 S. Broadway, Suite 808<br>Los Angeles, CA 90012<br>janeen@learningrights.org<br><br>DISABILITY RIGHTS ADVOCATE<br>STUART SEABORN<br>MELISSA RIESS<br>sseaborn@dralegal.org<br>mriess@dralegal.org<br>2001 Center St., 4th Fl.<br>Berkeley, CA 94704<br>(510) 665-8644<br>(510) 665-8511 | *Attorneys for Plaintiffs J.R., a minor, by and through her guardian ad litem, Janelle McCammack; M.B., a minor, by and through her guardian ad litem, F.B.; I.G., a minor, by and through his guardian ad litem, M.E., on behalf of themselves and all those similarly situated* |

[XX] **BY ELECTRONIC MAIL** Based on a court order or agreement of the parties to accept electronic service, I transmitted the above listed document(s) to the e-mail address(es) set forth above on this date.

Executed on January 7, 2020, at Alameda, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| | |
|---|---|
| Obianuju Nzewi | /s/ |
| *Print Name* | Obianuju Nzewi |
| | *Signature* |

Exhibit TT



Exhibit UU



\* Source - California Department of Education enrollment data for 5-15 year olds

Exhibit V V

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4     J.R., et al.,                    )
                                       )
5                  Plaintiffs,         )
                                       )
6            vs.                       ) Case No.
                                       ) 2:17-cv-04304-JAK-FFM
7     OXNARD SCHOOL DISTRICT, et       )
      al.,                             )
8                                      )
                   Defendants.         )
9     _____  )

10

11

12

13

14

15                   RULE 30(b)(6)

16           DEPOSITION OF MICHAEL C. RIDGE

17               Oxnard, California

18          Wednesday, January 22, 2020

19

20

21

22

23    Stenographically Reported By:
      Melina Homan
24    CSR No. 12028

25    Job No:  223576

                                                          1

```
 1                 UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4    J.R., et al.,              )
                                 )
 5              Plaintiffs,      )
                                 )
 6         vs.                   ) Case No.
                                 ) 2:17-cv-04304-JAK-FFM
 7    OXNARD SCHOOL DISTRICT, et )
      al.,                       )
 8                               )
                Defendants.      )
 9    _____)

10

11

12

13              DEPOSITION OF MICHAEL C. RIDGE, taken
                on behalf of Plaintiffs, at 300 Esplanade
14              Drive, Suite 900, Oxnard, California,
                beginning at 9:50 a.m., on Wednesday,
15              January 22, 2020, before Melina Homan,
                CSR No. 12028.

16

17

18

19

20

21

22

23

24

25

                                                          2
```

```
 1        APPEARANCES:

 2


 3        For Plaintiffs:

 4              DISABILITY RIGHTS ADVOCATES
                By:  Melissa Riess, Attorney at Law
 5              2001 Center Street
                Fourth Floor
 6              Berkeley, California  94704
                (510)665-8644
 7


 8        For Defendants:

 9              GARCIA HERNANDEZ SAWHNEY, LLP
                By:  Albert A. Erkel, Jr., Attorney at Law
10              2490 Mariner Square Loop
                Suite 140
11              Alameda, California  94501
                (510)695-2802
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Michael C. Ridge                                                          January 22, 2020

```
 1                            INDEX

 2


 3      WITNESS                                    PAGE

 4      Michael C. Ridge

 5          Examination by Ms. Riess                 5

 6


 7


 8


 9


10                          EXHIBITS

11


12      MARKED              DESCRIPTION           PAGE

13      1      Notice of Deposition of Oxnard        7
               School District Pursuant to
14             F.R.C.P 30(b)(6)

15      2      Oxnard School District Total         13
               Number of Students Involved in
16             CST/SST Process by Year

17      3      PowerPoint Pages                     55

18      4      Oxnard School District Tier III      55
               Student Success Team Meeting
19             Summary (Revised 4-27-17)

20


21


22


23


24


25

                                                      4
```

```
 1                    OXNARD, CALIFORNIA;

 2         WEDNESDAY, JANUARY 22, 2020; 9:50 A.M.

 3

 4                    MICHAEL C. RIDGE,

 5            having been first duly sworn, was

 6            examined and testified as follows:

 7

 8                    EXAMINATION

 9

10   BY MS. RIESS:

11        Q.  My name is Melissa Riess.  As I said before, I

12   am one of the lawyers for the plaintiffs in this action

13   against Oxnard School District related to the "Child

14   Find" policy.

15            So we are here this morning because the

16   plaintiffs provided the school district with basically a

17   list of topics that we would like the district to

18   present a representative on, and so you have been

19   designated to cover certain of those topics.  So that is

20   why we're here this morning.

21            Can you state your name for the record.

22        A.  My full name?

23        Q.  Your full name.

24        A.  Michael Christopher Ridge.  You notice I do go

25   by my middle name; but if you call me Michael, I will
```

                                                                          5

```
 1    respond.  It might just take me a little longer.

 2         Q.  So I can call you Chris?

 3         A.  Yes.

 4         Q.  All right.

 5         A.  Please.

 6         Q.  Great.

 7              And I know that you have been deposed at least

 8    once previously in this case; but even so, I just want

 9    to go through kind of the basics of depositions so that

10    we're all clear.

11              The most important piece is that your testimony

12    is under oath, and so you're testifying here as if you

13    were in a court with a judge.

14              And the court reporter will be taking down the

15    things that we say, so if we can try not to talk over

16    each other.  I will let you finish what you're saying,

17    please let me finish what I'm saying, so that we get a

18    clear record.

19              Similarly, if you could answer verbally with a

20    "yes" or "no" rather than an "uh-huh" or shaking your

21    head, that would be great.

22              And I don't expect that this will go too long;

23    but if you need a break for whatever reason, please let

24    us know.

25              Please answer any question that's outstanding
```

6

 1   place for the teacher to select the target area and to

 2   describe the intervention or interventions supplied and

 3   then what would be the expected outcome.

 4          So obviously, there's a measure to be applied.

 5   And then there's a place for the actual outcome to be

 6   recorded.  That same process is reflected at each of the

 7   tiers.

 8          Q.  Okay.  Right.  I'm familiar with that.

 9          But that -- that information stays on the paper

10   forms; is that correct?

11          A.  Yes.

12          Q.  It doesn't get captured electronically?

13          A.  You are correct.

14          Q.  Is information preserved in this electronic

15   student information system about who participated in

16   these different meetings that are held?

17          So for a student who had a CST meeting, does

18   the system capture who attended that meeting?

19          A.  No.

20          Q.  Okay.

21          A.  That's all on paper.

22          Q.  And does the system track if the student was

23   referred for a special education assessment?

24          A.  That particular system, no.

25          Q.  Okay.

40

1        A.   That happens within a different system; and

2   that's then moving into a different department, a

3   different domain.

4        Q.   Okay.  And what is that other system where it

5   is -- where that information is preserved?

6        A.   Well, it's through special education.

7            There is software.  You may be familiar with

8   Cirrus and CASEMIS.  I am no expert on either one of

9   those because they are outside of my particular domain,

10  with a caveat that I'm learning Cirrus because our

11  intention is to move into the use of Cirrus to record

12  both our 504 and SST documentation.  So, ultimately,

13  that is our goal.

14           The vendor has made that option very recently

15  for people to be able to do, and we're moving into that

16  domain.

17       Q.   Okay.

18       A.   Being at least the first in the county to be

19  able to do that, to use it in that particular way.

20       Q.   Okay.  So the goal is to use Cirrus to capture

21  information about people involved in the 504 process as

22  well as the SST process?

23       A.   Yes.

24       Q.   Okay.

25       A.   And I've been involved in that work.

41

```
1        Q.  Oh.  It's not something?

2        A.  It is not, yeah.

3        Q.  Got it.

4        A.  So beginning in that time frame.

5            And I don't know the exact date; but I do know

6   that it was, you know, within that time frame after I

7   arrived, within a year.

8        Q.  Okay.  And apologies for being obtuse.  I just

9   want to make sure I clearly understand what you're

10  saying.

11       A.  I want to be clear too.  So thank you for the

12  clarification.

13       Q.  Okay.  So we've talked about the information

14  that gets recorded when a child moves -- is referred to

15  the CST process.

16       A.  Yes.

17       Q.  What other information gets recorded about the

18  SST/CST process in this electronic system?

19       A.   In the current electronic system that we have,

20  it's what I described to you already.

21       Q.  Okay.  So it's just that -- the fact of

22  referral?

23       A.  Yes.

24       Q.  Okay.  So --

25       A.  Or a meeting, too.
```

                                                                    25

1          Q.  Okay.

2          A.  So we also log those, too.

3          Q.  Okay.  So you log whether a meeting has

4     occurred or not?

5          A.  Yeah.

6          Q.  Okay.  So if a child is referred from Tier I to

7     CST, to Tier II, then the fact of the referral is

8     recorded in the system, correct?

9          A.  Yes.

10         Q.  And then if the -- if a -- after the CST

11    meeting is held, then there's an additional record

12    that's created?

13         A.  After the CST meeting is held, yes, they could.

14    They should log that they had that date.

15              Let's say a referral comes in on February the

16    1st and then -- they could log that and then log, "The

17    team met on February the 10th in a CST."

18              So there could be, say, multiple entries for a

19    single student.

20              In fact, there are multiple entries on that

21    that record, the initial touch point, you can kind of

22    say, when the referal was made.

23         Q.  Okay.

24         A.  As well as each of the other touch points of

25    the meeting, CST meeting, SST meeting.

                                                          26

1          Q.   Okay.  So each time there would be sort of an

2     event in the SST process, or at least a meeting, then,

3     that would be recorded in this system?

4          A.   Yes.  That's the way that it's designed.

5          Q.   Okay.  And what information about each meeting

6     is recorded?

7          A.   That's all paper-based.

8               So the electronic system is what I described to

9     you that just captures, you could say, a touch point on

10    there, is what it is, to know that we've had that event

11    with a student.  Everything else pertinent to the case

12    is contained within the school-based paper files.

13         Q.   Got it.

14              Okay.  So the student might have an entry in

15    their record which says that they were referred on

16    February 1st and then another entry which says that a

17    CST meeting was held on whatever, February 10th, and

18    then another entry if another meeting was held

19    subsequently down the line; then that would include the

20    date of that meeting and the type of meeting; is that

21    accurate?

22         A.   Yes.

23              In regards to type, we have, together within

24    the drop-down, both CST/SST.  So our current system does

25    not differentiate between which one it may be.

                                                            27

Michael C. Ridge                                                    January 22, 2020

 1          Q.  It's an example of a form.

 2          A.  That's used.

 3          Q.  Why don't you describe what this document is an

 4     example of?

 5          A.  It seems to be a record of an initial SST

 6     meeting for a sixth grade student at Chavez School.

 7          Q.  And so would this document have been created

 8     during an SST meeting?

 9          A.  Well, our directions, as you can see reflected,

10     is that some of the documents, per se, can and should be

11     completed in advance -- you know, inputting information

12     can be done in advance -- so that the -- when the team

13     convenes, they are not focused upon just someone typing.

14          Q.  Right.

15          A.  They review it.

16          Q.  They review the information?

17          A.  But the data input doesn't have to happen just

18     right then and there.

19          Q.  Okay.  And so some of the data input occurs

20     before the meeting?

21          A.  Correct.

22          Q.  Who typically does that?

23          A.  Typically the ORC.

24          Q.  And what is the source of the information that

25     they use to fill in the form?

                                                            56

```
 1          A.  It will come from the referral packet as well

 2    as potentially what maybe is contained within the

 3    student information system --

 4          Q.  Okay.

 5          A.  -- and other places.

 6              For example, if there's -- as I mentioned

 7    earlier, Star 360 math or reading, that could be

 8    information that could be attached like I was describing

 9    previously.

10          Q.  That could be attached to the paper referral

11    form?

12          A.  Yeah.  Initially when it came.

13          Q.  Okay.  Is the information that is contained

14    within this form captured electronically in the student

15    information system?

16          A.  No.

17          Q.  Is it captured anywhere other than on this

18    form?

19          A.  Well, this is, you know, a printout of an

20    electronic document.  Somebody would have, could have

21    saved this document electronically.

22              Could have -- I'm just speculating here --

23    printed it out to put into the cume (ph) file to put

24    into the ORC's file.  So I mean, there's -- it came from

25    an electronic document.  I don't know if that's what
```

                                                                  57

```
 1    you're getting at.

 2         Q.  Right.

 3             They used an electronic document to create

 4    this; it wasn't somebody --

 5         A.  Correct.

 6         Q.  -- writing it out by hand except for there are

 7    certain handwritten notes on it?

 8         A.  Right.  They took the template; they input the

 9    information in the fields.

10         Q.  But in terms of the information that is in this

11    form being preserved in a database somewhere, does that

12    happen?

13         A.  No.

14         Q.  Okay.

15         A.  That is our goal.  That gets back to Cirrus.

16         Q.  Okay.  So all of the schools within your

17    district use this form?

18         A.  Yes.

19             MS. RIESS:  Okay.  I think that's all the

20    questions that I have this morning.

21             MR. ERKEL:  Great.  I'll take a copy.

22             STENOGRAPHIC REPORTER:  Okay.  Thank you very

23    much.

24             (At 11:20 a.m., the deposition was concluded.)

25
```

                                                                    58

```
 1                          DECLARATION

 2

 3

 4

 5             I hereby declare I am the deponent in the

 6    within matter; that I have read the foregoing

 7    proceedings and know the contents thereof, and I declare

 8    that the same is true of my knowledge except as to the

 9    matters which are therein stated upon my information or

10    belief, and as to those matters, I believe it to be

11    true.

12             That prior to completion of the foregoing

13    deposition, review of the transcript was not requested.

14             I declare under the penalties of perjury of the

15    State of California that the foregoing is true and

16    correct.

17

18    Executed on the _____ day of _____, 2020, at

19    _____, California.

20

21

22                              _____

                                MICHAEL RIDGE
23

24

25
                                                              59
```

```
 1    STATE OF CALIFORNIA    )
                             )  ss.
 2    COUNTY OF VENTURA      )

 3               I, Melina C. Homan, a Certified Shorthand

 4    Reporter, do hereby certify;

 5               That prior to being examined, the witness

 6    named in the foregoing proceedings was by me duly sworn

 7    to testify the truth, the whole truth and nothing but

 8    the truth;

 9               That said proceedings were taken before me

10    at the time and place therein set forth and were taken

11    down by me in shorthand and thereafter transcribed into

12    typewriting under my direction and supervision;

13               I further certify that I am neither counsel

14    for, nor related to, any party to said action, nor in

15    anywise interested in the outcome thereof.

16               That prior to the completion of the foregoing

17    deposition, review of the transcript was not requested.

18               In witness whereof, I have hereunto

19    subscribed my name.

20

21    Dated:_____

22

                     _____
23                     Melina C. Homan, CSR No. 12028

24        The dismantling, unsealing, or unbinding of the
          original transcript will render the Reporter's
25        Certificate null and void.
```

60

Michael C. Ridge                                                              January 22, 2020

```
 1                          ERRATA SHEET

 2

 3       If any corrections to your deposition are necessary,
         indicate them on this sheet, giving the change, page
 4       number, line number and reason for change.

 5     PAGE  LINE  FROM                    TO

 6     ____  ____  _____     _____

 7     Reason  _____

 8     ____  ____  _____     _____

 9     Reason  _____

10     ____  ____  _____     _____

11     Reason  _____

12     ____  ____  _____     _____

13     Reason  _____

14     ____  ____  _____     _____

15     Reason  _____

16     ____  ____  _____     _____

17     Reason  _____

18     ____  ____  _____     _____

19     Reason  _____

20     ____  ____  _____     _____

21     Reason  _____

22     ____  ____  _____     _____

23     Reason  _____

24     _____     _____

25     Signature of Deponent                   Date
```

                                                                    61

Corrections

Michael C. Ridge                                                      January 22, 2020

 1                       UNITED STATES DISTRICT COURT

 2                      CENTRAL DISTRICT OF CALIFORNIA

 3

 4      J.R., et al.,                    )
                                         )
 5                      Plaintiffs,      )
                                         )
 6              vs.                      ) Case No.
                                         ) 2:17-cv-04304-JAK-FFM
 7      OXNARD SCHOOL DISTRICT, et       )
        al.,                             )
 8                                       )
                        Defendants.      )
 9                                       )

10

11

12

13

14

15                           RULE 30(b)(6)

16               DEPOSITION OF MICHAEL C. RIDGE

17                       Oxnard, California

18                 Wednesday, January 22, 2020

19

20

21

22

23      Stenographically Reported By:
        Melina Homan
24      CSR No. 12028

25      Job No:   223576

                                                                              1

Michael C. Ridge                                                                    January 22, 2020

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4      J.R., et al.,                    )
                                        )
5                 Plaintiffs,           )
                                        )
6            vs.                        )  Case No.
                                        )  2:17-cv-04304-JAK-FFM
7      OXNARD SCHOOL DISTRICT, et       )
       al.,                             )
8                                       )
                  Defendants.           )
9                                       )

10

11

12

13            DEPOSITION OF MICHAEL C. RIDGE, taken
       on behalf of Plaintiffs, at 300 Esplanade
14     Drive, Suite 900, Oxnard, California,
       beginning at 9:50 a.m., on Wednesday,
15     January 22, 2020, before Melina Homan,
       CSR No. 12028.

16

17

18

19

20

21

22

23

24

25

                                                                                        2

1        APPEARANCES:

2

3        For Plaintiffs:

4                DISABILITY RIGHTS ADVOCATES
                 By:  Melissa Riess, Attorney at Law
5                2001 Center Street
                 Fourth Floor
6                Berkeley, California  94704
                 (510)665-8644

7

8        For Defendants:

9                GARCIA HERNANDEZ SAWHNEY, LLP
                 By:  Albert A. Erkel, Jr., Attorney at Law
10               2490 Mariner Square Loop
                 Suite 140
11               Alameda, California  94501
                 (510)695-2802

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                        INDEX

 2

 3     WITNESS                                          PAGE

 4     Michael C. Ridge

 5        Examination by Ms. Riess                        5

 6

 7

 8

 9

10                      EXHIBITS

11

12     MARKED               DESCRIPTION              PAGE

13     1     Notice of Deposition of Oxnard            7
             School District Pursuant to
14           F.R.C.P 30(b)(6)

15     2     Oxnard School District Total             13
             Number of Students Involved in
16           CST/SST Process by Year

17     3     PowerPoint Pages                         55

18     4     Oxnard School District Tier III          55
             Student Success Team Meeting
19           Summary (Revised 4-27-17)

20

21

22

23

24

25

                                                        4
```

```
 1                     OXNARD, CALIFORNIA;

 2            WEDNESDAY, JANUARY 22, 2020; 9:50 A.M.

 3

 4                     MICHAEL C. RIDGE,

 5              having been first duly sworn, was

 6              examined and testified as follows:

 7

 8                       EXAMINATION

 9

10    BY MS. RIESS:

11         Q.  My name is Melissa Riess.  As I said before, I

12    am one of the lawyers for the plaintiffs in this action

13    against Oxnard School District related to the "Child

14    Find" policy.

15            So we are here this morning because the

16    plaintiffs provided the school district with basically a

17    list of topics that we would like the district to

18    present a representative on, and so you have been

19    designated to cover certain of those topics.  So that is

20    why we're here this morning.

21            Can you state your name for the record.

22         A.  My full name?

23         Q.  Your full name.

24         A.  Michael Christopher Ridge.  You notice I do go

25    by my middle name; but if you call me Michael, I will
```

                                                                    5

Michael C. Ridge                                                January 22, 2020

1    respond.  It might just take me a little longer.

2         Q.  So I can call you Chris?

3         A.  Yes.

4         Q.  All right.

5         A.  Please.

6         Q.  Great.

7              And I know that you have been deposed at least

8    once previously in this case; but even so, I just want

9    to go through kind of the basics of depositions so that

10   we're all clear.

11             The most important piece is that your testimony

12   is under oath, and so you're testifying here as if you

13   were in a court with a judge.

14             And the court reporter will be taking down the

15   things that we say, so if we can try not to talk over

16   each other.  I will let you finish what you're saying,

17   please let me finish what I'm saying, so that we get a

18   clear record.

19             Similarly, if you could answer verbally with a

20   "yes" or "no" rather than an "uh-huh" or shaking your

21   head, that would be great.

22             And I don't expect that this will go too long;

23   but if you need a break for whatever reason, please let

24   us know.

25             Please answer any question that's outstanding

                                                          6

1    before taking a break, but that's completely fine.

2          And then I do have to ask this question:  Is

3    there any medication that you're taking or condition

4    that would prevent you from testifying truthfully?

5         A.  No.

6         Q.  Okay.  Great.

7              So what exhibit number are we on now?

8              MR. ERKEL:  We're not doing that.  I wish we

9    were.  Everything is brand-new.

10             MS. RIESS:  So we're starting with one?

11             MR. ERKEL:  Yes.  Unfortunately.

12             MS. RIESS:  That's fine.

13        Q.  BY MS. RIESS:  Okay.  So -- here's a copy for

14   you.  You have it.  So let's mark as Exhibit 1 the

15   notice of deposition of Oxnard School District pursuant

16   to Rule 30(b)(6).

17             (Exhibit 1 was marked for identification.)

18        Q.  BY MS. RIESS:  I'll give you a minute to look

19   through the document.

20        A.  Okay.  I'm remembering these.

21             I don't know if I need to go over all these

22   numbers and letters though.  These are the same as what

23   we've seen.

24             MR. ERKEL:  Hasn't changed, same one?

25             THE WITNESS:  It's the same thing I'm familiar

7

Michael C. Ridge                                                    January 22, 2020

1    with.

2        Q.  BY MS. RIESS:  So you're familiar with this

3    document?

4        A.  Yes, ma'am.

5        Q.  Okay.  And are you familiar -- so this is a

6    list of topics that we have requested information or

7    testimony from the district on.

8        A.  Yes.

9        Q.  Do you know which of these topics you have been

10   designated to testify regarding today?

11       MR. ERKEL:  I can answer that.  Five, six,

12   eight, and nine.

13       MS. RIESS:  Five, six, eight, and nine.  Okay.

14       THE WITNESS:  I'll put a star by them.

15       Q.  BY MS. RIESS:  Okay.  What did you do to

16   prepare today for this deposition?

17       A.  I had a conversation with our attorney.

18       Q.  And just so you know, you don't need to tell me

19   the content of the conversation with your attorneys.

20       So you spoke to your attorney?

21       A.  Uh-huh -- yes.  Sorry.

22       Q.  Did you do anything else?

23       A.  I prepared this document right here that we're

24   looking at.

25       Q.  I'll ask you a few questions about that in a

                                                                      8

```
 1    minute.

 2         A.  Okay.

 3         Q.  And did you review any documents?

 4         A.  In preparation for today?

 5         Q.  Uh-huh.

 6         A.  Yes.

 7         Q.  Which documents did you review?

 8         A.  I looked over our special education handbook.

 9    Just parts of it, not the entire thing, but parts of it.

10         Q.  Which parts?

11         A.  The parts that relate to CST and SST.

12         Q.  So the chapters or headings that -- you

13    reviewed those sections?

14         A.  Yeah.  I just briefly looked at it again.

15         Q.  Okay.  And did you review any other documents?

16         A.  Related to today's deposition, no.

17         Q.  Did you do anything else to prepare --

18         A.  No.

19         Q.  -- other than preparing this document?

20         A.  That I already mentioned.

21         Q.  Okay.  And what is your job title?

22         A.  I'm director of pupil services.

23         Q.  Director of pupil services.  And who is your

24    employer?

25         A.  Oxnard School District.
```

9

Michael C. Ridge                                                    January 22, 2020

```
 1          Q.  And how long have you been in that job?

 2          A.  This is my fifth year.

 3          Q.  Okay.  So you started in 2015?

 4          A.  Yes.

 5          Q.  Was that the beginning of the 2015-2016 school

 6    year?

 7          A.  Yes, it was.

 8          Q.  Okay.  And what were you doing before that?

 9          A.  I was a principal.

10              MR. ERKEL:  This was gone over pretty

11    extensively already.

12          Q.  BY MS. RIESS:  Let me ask it this way:  Did you

13    have a previous role in the Oxnard School District

14    before director of pupil services?

15          A.  No.

16          Q.  So you came to Oxnard and --

17          A.  Correct.

18          Q.  -- to enter that position?

19          A.  Correct.

20          Q.  Okay.

21          A.  That was my first time, in July of 2015.

22          Q.  Okay.  Great.

23          A.  In Oxnard School District.

24          Q.  Are you familiar with SST?

25          A.  Yes.
```

                                                              10

1      Q.  Can you briefly describe what it is?

2      A.  Briefly?

3          Well, I'll begin, I guess, with SST stands for

4    Student Success Team.  It is a process -- it's not a

5    program -- that is utilized not only throughout the

6    state, but really throughout the country, too, in

7    regards to how it is that we, within education, work to

8    make sure that we're providing what each individual

9    student needs, I guess is the briefest way that I can

10   say.

11     Q.  So it's a process?

12     A.  Correct.

13     Q.  And are there multiple steps in the process?

14     A.  I think you can say yes in the sense that

15   there's like a flowchart.  So if you think of the steps

16   in that way -- we don't label it steps, but yes.  And

17   there's also a tiered component to it.

18     Q.  Okay.  There's a tiered component.  Can you

19   describe the tiered component?

20         MR. ERKEL:  You know, this isn't really much of

21   an objection, but Stuart went through this extremely

22   extensively --

23         MS. RIESS:  I understand that.

24         MR. ERKEL:  -- in this case.

25         MS. RIESS:  I understand that.  I'm just

11

Michael C. Ridge                                                    January 22, 2020

1     building a little bit of a foundation.

2               MR. ERKEL:  I don't mind --

3               MS. RIESS:  -- on the topics that we are here

4     to talk about today.

5               MR. ERKEL:  I don't mind that.  I just -- let's

6     not, you know, go over everything Stuart already went

7     over.

8               MS. RIESS:  Okay.  Fair enough.

9        Q.  BY MS. RIESS:  But given that, I would like to

10    have a brief overview of the tiers in the SST process.

11       A.  So there's three tiers.  It's a model that,

12    again, is used throughout education within the nation.

13    And it allows us to respond to different needs.

14              Whereby we recognize that all students need a

15    core educational program, we call that Tier I, and

16    that's contained within the classroom, not reflected in

17    these numbers.  I want to make sure to point that out.

18       Q.  So Tier I is not reflected in the numbers in

19    this document that you have provided today?

20       A.  Right.  These are ones that are within our

21    system that have entered into the CST process, which

22    then enters into our Tier II level.

23       Q.  I see.

24              So can we just stop for a minute and -- do you

25    have -- can we use this copy?

                                                              12

Michael C. Ridge                                                    January 22, 2020

1          A.   I've got several of them.

2          Q.   Let's use this one as an exhibit, and we can

3     mark that as Exhibit 2.

4               (Exhibit No. 2 was marked for identification.)

5          Q.   BY MS. RIESS:  And so this document doesn't

6     capture the first tier; it starts with the second tier?

7          A.   Correct.

8          Q.   And just to be clear, what is the second tier?

9          A.   Well, just to finish on the description I was

10    providing previously, so the Tier I provides a base

11    program for everyone.

12              There are some students that will need

13    additional support in addition to that.  Not instead of,

14    but in addition to that.

15              Statistically, we find it's roughly 15 percent

16    of kids, or so, may.  At least that's the model based

17    upon a medical model, as explained in my previous

18    deposition.

19              And then there is a third tier, as it's called,

20    Tier III, which is additional supports and services for

21    a small group -- a few students, typically, that need

22    even more than, say, the base program, the additional

23    supports.  There's another layer of more intensive

24    supports.

25         Q.   Okay.

13

Michael C. Ridge                                                    January 22, 2020

1          A.   So to be clear on this document, what you're

2     seeing, then, is once a teacher has worked within that

3     process using the core curriculum evidence-based

4     program, including the kinds of interventions that occur

5     within the classroom, too, which is part of Tier I, once

6     they've utilized that particular process and then make a

7     referral is what will initiate the Tier II process.

8               You're looking at those numbers.  That's what

9     this represents.  So it's movement from there, upward to

10    Tier II or Tier III.

11         Q.   Okay.  So when a student progresses from Tier I

12    to Tier II, then they would be captured in the numbers

13    that are presented here?

14         A.   Correct.

15         Q.   Okay.  And -- so you prepared this chart?

16         A.   Yes.

17         Q.   What did you do to prepare it?

18         A.   I utilized two methods of data collection.  One

19    of the methods -- I'll start with the most recent

20    method, which is to be able to pull from our student

21    information system what students that have been involved

22    in the SST process -- I say CST/SST, so there's a slash

23    in there -- capturing both together.

24              So when I arrived at Oxnard School District, I

25    began a process to be able -- to electronically be able

                                                                        14

Michael C. Ridge                                                    January 22, 2020

1    to capture when we enter into that process and began

2    using that in 2016, 2017.

3              So those numbers there are reflective of what

4    can be captured through our student information system.

5         Q.  Okay.  So --

6         A.  Unduplicated counts.

7         Q.  I'm sorry?

8         A.  Unduplicated counts.

9         Q.  So when you started at the school district, you

10   initiated a process to keep track electronically of

11   students who are in this SST/CST process?

12        A.  Uh-huh.

13        Q.  Okay.  And how -- that system came online in

14   2016?

15        A.  I believe -- yes.  That's when I first started

16   asking school site staff then to be able to record

17   information there locally at the school site in regards

18   to the cases that they were receiving on referral.

19        Q.  Okay.  The cases they were receiving on

20   referral?

21        A.  Correct.  For Coordination of Services Team,

22   CST.  So when I say "referral," that's what I mean.

23        Q.  Who were they being referred from or by?  Who

24   was referring them?

25        A.  The teachers.

                                                              15

Michael C. Ridge                                                    January 22, 2020

1        Q.   The teachers.  So the teachers would refer a

2   student from the Tier I to the CST?

3        A.   Correct.

4        Q.   And when you say you were asking the teachers

5   on each site to record referrals, how were they

6   recording them?

7        A.   It actually was not teachers that were

8   recording them within our student information system.  I

9   worked with district staff that are present at all of

10  our school sites called outreach specialists.  You may

11  have heard that term.  It's also referred to as ORC,

12  which is based upon their older title of outreach

13  coordinator, who hold, among other job responsibilities,

14  the responsibility of coordination of the process -- the

15  CST/SST process, I should say.

16          And so they would be entering into the system

17  that we had initiated the process.

18          Also, it's possible that a counselor, which we

19  have at all school sites, too, because they are also

20  involved in the CST/SST process -- it's not their

21  primary job responsibility; however, there are some

22  counselors that, for various site-based reasons, are

23  also involved more so, so they could be recording.  So

24  between those two staff.

25       Q.   Okay.

                                                              16

Michael C. Ridge                                                      January 22, 2020

1          A.   Receiving the referrals, entering into the

2     system a record, you could say.

3          Q.   Okay.

4          A.   So that's --

5          Q.   What does a -- so it's either an outreach

6     specialist or a counselor who is entering information

7     into the system?

8          A.   Correct.

9          Q.   Does anyone else enter information into the

10    student information system?

11         A.   Yes.   Many people enter information in the

12    student information system.   Largely, clerical staff.

13         In regards to this particular component, I

14    would say exclusively counselors and OCRs, although I

15    suppose it's possible -- I believe there may be one or

16    two administrator entries.

17         For example, if an ORC was out sick, the

18    administrator was carrying the ball, it may be -- may be

19    one or two entries.

20         Q.   When you say that -- "this particular

21    component," you're referring to the SST/CST --

22    information related to the SST and CST?

23         A.   Yes.

24         Q.   Okay.

25         A.   Because the student information system has all

                                                                       17

Michael C. Ridge                                                    January 22, 2020

 1    the information that we have on the children, so it's a

 2    lot of information in there.

 3         Q.  Right.  So the information relating to the

 4    SST/CST process, that's just one part of the electronic

 5    information that the district keeps about students?

 6         A.  Correct.

 7         Q.  Okay.  And when you say that the outreach

 8    specialist or the counselor or maybe an administrator

 9    enters a record that the child has moved from Tier I to

10    CST, what does that look like?

11         A.  They go into the student information system,

12    and there's a place where they're able to pull from a

13    drop-down menu to input a piece of information or report

14    that says that they'd entered into the CST/SST process

15    or had a CST/SST meeting.  So it captures that by date.

16         Q.  Okay.  And when is the record made?  Like, at

17    what point in the process?

18         A.  Well, if staff are diligent, then it's shortly

19    after they receive the paper.

20              I think it's -- maybe now would be the time to

21    explain, then, the previous component in regards to the

22    prior years and even going back years prior to my

23    arrival, '13-'14, 14'-'15, when we were within more of a

24    paper-based system.

25              So my connection to my statement previously,

                                                                    18

Michael C. Ridge                                          January 22, 2020

1    you know, when it should be entered, is that outreach

2    specialists manage paper referrals, not electronic

3    referrals, to the Coordination of Services Team.

4              So they receive those papers and they begin the

5    work with the paper sometime within that time frame.

6              Again, if they're diligent about it, they're

7    entering it -- ideally, I'd love if that would happen

8    that day.  I'm sure people do their very best to get

9    them in, in a timely way.

10        Q.   When you say "paper," what is the paper?

11        A.   There's a referral form that I believe we

12   submitted that you may be familiar with that the teacher

13   completes.  It has fields for data input, some

14   demographic components, other parts.

15             I'm referring to -- that's what I'm referring

16   to.

17        Q.   Okay.  And are other -- so there's a paper with

18   various information on it that came out of that first --

19   the Tier I meeting, right?

20        A.   No.

21             So within our process, as I explained earlier,

22   teachers within Tier I employ evidence-based practice in

23   reaching all other students within the classroom.  They

24   also apply interventions at that level that are more

25   specific to an individual student.

19

Michael C. Ridge                                                        January 22, 2020

1              If they're getting good results with that and

2       students are making what we would consider fair to good

3       progress, then they continue to do that.

4              If they're not, then that's when it is the

5       teacher would have a level of concern that would cause

6       them to initiate this CST referral.

7          Q.   Right.

8              And so I guess my question is:  Besides the

9       fact that the referral has been made and the date on

10      which the referral was made, is there any other

11      information that's captured at that point?

12         A.   Do you mean electronically?

13         Q.   Yes.

14         A.   I think the system captures -- not I think.   I

15      know the system captures who entered that information

16      by, like, a user ID within the student information

17      system.

18         Q.   Okay.

19         A.   So everybody that has access to the student

20      information system has a name within the system when

21      they, you know, record.

22         Q.   Okay.  And in this Tier I process where the

23      teacher is trying different interventions, is there

24      anything electronically recorded about the interventions

25      that the teacher is trying?

                                                                20

1        A.   Electronically, no.

2        Q.   Is it captured any other way?

3        A.   Within paper, yes.

4        Q.   Does that get -- does that become part of the

5   student's record?

6        A.   It becomes part of the Tier II CST referral

7   where a teacher, along with the referral cover page, I

8   guess you could say, or the -- you know, what it is that

9   they fill out, so to speak, they also attach, then,

10   their record of those Tier I interventions and the

11   outcomes of those.

12       Q.   Okay.  So when the teacher refers the student

13   to Tier II, they fill out the referral form, and then

14   they attach any records they've kept of what they've

15   done in Tier I?

16       A.   Yes.

17       Q.   And what happens to -- so say I wanted to go

18   into the system and, you know, see Joey's case record.

19   Would I be able to access that -- you know, the -- not

20   just the fact that there was a referral from Tier I to

21   Tier II, but the documentation?

22       A.   No.

23       Q.   And so how would I access that information?

24       A.   To access -- so an example of a particular

25   student file?

21

Michael C. Ridge                                                          January 22, 2020

1          Q.   Uh-huh.

2          A.   Then it would have to be through paper at the

3     school site.

4          Q.   Okay.  So the electronic system captures the

5     referral -- the date the referral is made and who

6     entered it?

7          A.   Yeah.

8          Q.   But not necessarily any of the substance about

9     what caused the referral to happen?

10         A.   Correct.

11         Q.   Okay.  And so going back to this document,

12    total number of students involved in CST/SST process by

13    year, so the -- the numbers that you've provided for

14    2016-'17, 2017-'18, and 2018-'19, those are all based on

15    your student information system?

16         A.   Uh-huh.

17         Q.   Okay.  And --

18         A.   Yes.  Sorry.  I just remembered I need to say

19    yes.

20         Q.   And what about the numbers that are from years

21    before that?  So for '13-'14, '14-'15, and '15-'16?

22         A.   Yes.  Previously.

23              So that is from data-reporting from the sites

24    then.  That is where the site-based staff will be able

25    to keep their record and then have a summary of that.

                                                              22

Michael C. Ridge                                                    January 22, 2020

1          So there would be either a spreadsheet or a

2     table that would list the students within the process.

3          In other words, when the referral comes in to

4     the SST coordinator, typically it goes to the ORC.   Then

5     they would record that they have received that; and then

6     they would then, you know, put a little bit more

7     information, the student's name, you know, those types

8     of things, student ID number, date of birth, grade

9     level, teacher.

10          So they would be recording that either by

11     hand -- in some cases, I do know going -- well, I should

12     be careful to speak because obviously I wasn't there in

13     '13-'14 and '14-'15.   And really I'm speaking of what I

14     know as a principal and how the process used to work; so

15     I probably should, you know, make it very clear that I

16     was not in Oxnard School District in '13-'14 and

17     '14-'15.

18          I know, generally speaking, how the process

19     worked; and I've seen, you know, sort of some evidence,

20     I suppose you could say, kind of people use the

21     electronic system and also paper-based system, too,

22     depending on their technological proficiency with

23     spreadsheets.

24     Q.   Okay.   And so you've mentioned that they -- it

25     sounds like -- tell me if this characterization is

                                                                        23

Michael C. Ridge                                                    January 22, 2020

1    correct.

2           Before you implemented this electronic system

3    in 2016, it sounds like there were various means of

4    recordkeeping, some of which were paper-based, at the

5    different sites in the district, but that after you

6    implemented this system, there is one centralized

7    system; is that correct?

8       A.  I would say yes.

9           And also, I think it's important to recognize

10   there's still -- at the school site, there's still very

11   much keeping track of the papers, because it's a system

12   that is a physical -- the teacher puts this in the box.

13   They're still going to be doing what I described to you

14   previously.  They're still doing that.  The additional

15   component is there's also the reporting within the

16   student information system.

17      Q.  I see.  So this is an additional reporting

18   process?

19      A.  Yeah.

20      Q.  Okay.  By "this," I mean the electronic

21   reporting in the student information system that --

22      A.  It's not something that they had to do

23   previously.

24      Q.  They did have to do that previously?

25      A.  It's not something they had to do previously.

                                                              24

1        Q.   Oh.  It's not something?

2        A.   It is not, yeah.

3        Q.   Got it.

4        A.   So beginning in that time frame.

5             And I don't know the exact date; but I do know

6    that it was, you know, within that time frame after I

7    arrived, within a year.

8        Q.   Okay.  And apologies for being obtuse.  I just

9    want to make sure I clearly understand what you're

10   saying.

11       A.   I want to be clear too.  So thank you for the

12   clarification.

13       Q.   Okay.  So we've talked about the information

14   that gets recorded when a child moves -- is referred to

15   the CST process.

16       A.   Yes.

17       Q.   What other information gets recorded about the

18   SST/CST process in this electronic system?

19       A.   In the current electronic system that we have,

20   it's what I described to you already.

21       Q.   Okay.  So it's just that -- the fact of

22   referral?

23       A.   Yes.

24       Q.   Okay.  So --

25       A.   Or a meeting, too.

25

Michael C. Ridge                                                January 22, 2020

*(handwritten left margin)* however, as it relates to the entry of the CST/SST meeting data, the electronic system is still in the process of being implemented and, as a result, not all CST/SST meeting data is currently in the electronic student information system; nevertheless, the CST/SST meeting data is in the students' paper files.

Q.   Okay.

A.   So we also log those, too.

Q.   Okay.  So you log whether a meeting has occurred or not?

A.   Yeah.

Q.   Okay.  So if a child is referred from Tier I to CST, to Tier II, then the fact of the referral is recorded in the system, correct?

A.   Yes.

Q.   And then if the -- if a -- after the CST meeting is held, then there's an additional record that's created?

A.   After the CST meeting is held, yes, they could. They should log that they had that date.  △

Let's say a referral comes in on February the 1st and then -- they could log that and then log, "The team met on February the 10th in a CST."

So there could be, say, multiple entries for a single student.

In fact, there are multiple entries on that that record, the initial touch point, you can kind of say, when the referal was made.

Q.   Okay.

A.   As well as each of the other touch points of the meeting, CST meeting, SST meeting.

26

Michael C. Ridge                                                    January 22, 2020

1        Q.   Okay.   So each time there would be sort of an

2   event in the SST process, or at least a meeting, then,

3   that would be recorded in this system?

4        A.   Yes.   That's the way that it's designed.

5        Q.   Okay.   And what information about each meeting

6   is recorded?

7        A.   That's all paper-based.

8             So the electronic system is what I described to

9   you that just captures, you could say, a touch point on

10  there, is what it is, to know that we've had that event

11  with a student.   Everything else pertinent to the case

12  is contained within the school-based paper files.

13       Q.   Got it.

14            Okay.   So the student might have an entry in

15  their record which says that they were referred on

16  February 1st and then another entry which says that a

17  CST meeting was held on whatever, February 10th, and

18  then another entry if another meeting was held

19  subsequently down the line; then that would include the

20  date of that meeting and the type of meeting; is that

21  accurate?

22       A.   Yes.

23            In regards to type, we have, together within

24  the drop-down, both CST/SST.   So our current system does

25  not differentiate between which one it may be.

27

Michael C. Ridge                                                    January 22, 2020

1          Q.   Okay.

2          A.   So understanding there is a difference between

3     the two, but within the system they're not separate

4     drop-down options.

5               So there's not a drop-down option for just CST

6     or just SST.  It's CST/SST, like it's written there.

7          Q.   Okay.  And what are the other drop-down

8     options?

9          A.   So I mentioned that it can be used by

10    counselors too.  And so counselors may input in there

11    that they worked with an individual student or with the

12    student within a group.

13              Outreach specialists are also responsible for

14    other areas, attendance, and some of your basic needs.

15              They conduct a needs assessment with a family,

16    so they may log that in there.  Or they find if the

17    family has adequate food, clothing, and shelter

18    resources.

19              They'd log when there may be a referral for

20    health services, whether it be medical, dental, or

21    behavioral health.

22              They'd log if they are providing referrals for

23    some of the resources of various things, including --

24    you know, we have a number of children that are

25    identified as McKinney/Vento, M-c capital

                                                                        28

Michael C. Ridge                                            January 22, 2020

1    K-i-n-n-e-y/V-e-n-t-o, which are students that are in

2    the category of experiencing homelessness.

3              So we have at this point in time -- and it

4    fluctuates from day-to-day, but we have over 600

5    students within that category that don't have fixed,

6    adequate, or stable housing.

7              So the things that they do to support that

8    group can be logged, where they're going into the system

9    to record that they've provided those supports.

10       Q.   Okay.  Does it include just that they are

11   designated as falling into that category, or is

12   additional information included?

13       A.   Do you mean in terms of somebody being

14   designated as experiencing homelessness?

15   McKinney/Vento?

16       Q.   Uh-huh.

17       A.   That's captured in another place.

18             I'm just saying that those particular

19   students -- well, I'll give you an example.  So we may

20   be entering -- when we enter a McKinney/Vento student

21   into one of our programs that provides food for the

22   weekend -- so we send out roughly 350 backpacks full of

23   food for the weekend.

24             So when we enter them into that particular

25   component, we can make an entry into the system, the

                                                              29

Michael C. Ridge                                                    January 22, 2020

 1   same system I've been describing to you, that we sort of

 2   initiated that.

 3          You see what I mean?

 4      Q.  That you initiated their participation in that

 5   particular program?

 6      A.  Correct, that particular program, which we call

 7   it the backpack program.

 8      Q.  Okay.  So there would be sort of a drop-down

 9   for --

10      A.  Well, it doesn't exactly say backpack.  It says

11   resources --

12          (Stenographer interruption.)

13      Q.  BY MS. RIESS:  Let me see.

14          So this chart that you've created, it reflects

15   the total number of students who have -- for each year,

16   during each year received -- let me back up.

17          What do -- what does each column here mean in

18   this chart?

19      A.  So going back historically for a year, it is

20   the number of students at a particular school.

21          For example, just to take the top school,

22   Brekke, alphabetically, there were 99 students that

23   particular year that were involved in the CST/SST

24   process.  '14-'15, it was a hundred.  '15-'16, 112.

25          That information comes from site-based

                                                              30

Network Deposition Services, Inc. • networkdepo.com • 866-NET-DEPO

1    reporting through the system -- the paper-based system I

2    described to you.

3            Onward after that, then, recognize they still

4    keep track of information at the school site, but I'm

5    then able from '16-'17 on to more so rely upon the

6    student information system.

7        Q.   Okay.  And so this number includes any students

8    who had any involvement in this CST/SST process?

9        A.   At a Tier II or III level.

10           Again, to be clear, not at the Tier I level,

11   which -- that is part of our process, and it's the part

12   that happens within the life of the classroom that is a

13   normal part of a teacher's day in responding to

14   students.

15           Again, different students have different needs,

16   and the teacher can vary their instructional practice

17   within that Tier I to provide them support.

18           So that is part of our model, just to be real

19   clear on that.

20       Q.   So this just captures students who participated

21   in Tiers II or III?

22       A.   Correct.

23       Q.   And from year to year, this might include the

24   same students, some of the -- there might be overlap in

25   terms of the students who are covered by these numbers?

31

Michael C. Ridge                                                    January 22, 2020

1        A.   Yes.   It could be.

2        Q.   Okay.   Is there any way, using this electronic

3    tracking system, to see how long a student has been in

4    the tier -- in the SST process?

5        A.   In the way -- the answer is -- there is a way.

6    The short answer is yes.   I can elaborate.

7        Q.   Please do.

8        A.   But it -- because our data-recording, you know,

9    is data input into the system; and to get that out,

10   it's -- a report is generated.

11           And it's data that's put into an Excel

12   spreadsheet.   So if you wanted to glean information from

13   that, you have to be able to manipulate a spreadsheet.

14   You have to -- for example, if you want an unduplicated

15   count, you have to remove duplicates from it.

16           If you wanted to look at a particular student,

17   you could, you know, ascertain within that school year,

18   and then you would have to -- if you were comparing from

19   year to year one particular student, you would have to

20   do some different data analysis to -- you know, this

21   student in '17-'18 and also '16-'17.

22           I'm sure you could do some data analysis on it,

23   but it would just involve some work.

24       Q.   Okay.   Have you ever done that before?

25       A.   In a comparison, year to year, no.

                                                               32

Michael C. Ridge                                                    January 22, 2020

1          Q.   So looking at the overall numbers of students

2     within the district, kind of -- if you wanted to pull

3     the average length of time that they spent in an SST

4     program, would you be able to do that using your

5     database?

6          A.   I would think that I would.  I would think that

7     I could -- it would just take work to go into query -- I

8     don't know query is the right word for it.  But to

9     analyze the data in that particular way.

10         Q.   Okay.  But you could do that?

11         A.   I believe so.

12         Q.   Okay.

13         A.   I believe so.  It's just not something I've

14    done.

15              But just kind of knowing what I know about the

16    data and about spreadsheets and dates being recorded,

17    whether it's an -- individually counting, which you

18    don't really want to do with large data sets -- or I

19    could manipulate the various columns and sort and filter

20    and do all that stuff.

21              I'm just thinking how would I go about doing

22    that, I guess, is what I'm saying.

23         Q.   Okay.

24         A.   I'm reasonably proficient with Excel, but I'm

25    sure I still have a lot to learn.

                                                                          33

Michael C. Ridge                                                    January 22, 2020

1        Q.   It's a powerful program.   We all have a lot to

2    learn.

3        A.   Yeah.

4        Q.   Going back to this chart, there are some cells

5    here that have an asterisk, and it says, "No data

6    available."   Can you elaborate on what that means?

7        A.   So that means the data is not available.   We

8    weren't able to glean that for, I suppose, various

9    reasons.

10            The site didn't have those records available to

11   us, I think largely related to recordkeeping and

12   personnel and whether they had consistent personnel at

13   the school site.   Consistent practice, so --

14       Q.   So the recordkeeping practices vary from site

15   to site?

16       A.   Well, I don't know that I would say that.

17            I suppose, looking back historically, in places

18   where you don't have a record, you would want to say

19   we'd want to have that record, and they're -- upon

20   examination, we can discover exactly why that is.

21            I'm only speaking in a general way, knowing

22   that there have been changes in staff or staff out.   I'm

23   aware of places where there's been long-term outage of

24   staff who are important for this process where we would

25   want there, obviously, to be better recordkeeping; but

                                                              34

Michael C. Ridge                                               January 22, 2020

 1     for whatever the reason, it's not there.

 2         Q.  Okay.  Does this -- does this student

 3     information system track or include information about

 4     whether a student has been designated as an English

 5     language learner?

 6         A.  That information is within our student

 7     information system.  To be able to -- how would I say?

 8             Well, maybe I'll put it in this particular way:

 9     So when I have to get that information from the system,

10     I have to run a report and I have to query the system.

11     That information doesn't come back within that query,

12     but that doesn't mean that I couldn't make that

13     information available through merging through an

14     Access -- through the Access program, Microsoft Access.

15             You get a common student identification number,

16     and you can meld together information from this report

17     along with other demographic factors.  So it's possible

18     to do it.  It just doesn't come from the report that is

19     established within that system.

20         Q.  Okay.

21         A.  Does that make sense?

22         Q.  So it's possible to get the information about

23     whether a student who is in the SST process has also

24     been designated as an English language learner?

25         A.  It is.

                                                          35

Michael C. Ridge                                                              January 22, 2020

1        Q.  But it is more difficult to get the system to

2   spit out a report of, say, all the students in the SST

3   process who are English language learners?

4        A.  It takes an extra step.

5        Q.  Okay.

6        A.  And you have to know how to do it.

7        Q.  But it's possible?

8        A.  Yes.

9        Q.  Okay.  Is there anywhere electronically where

10   information is saved about what interventions have been

11   tried with respect to a student?

12        A.  Are you speaking just of our student

13   information system or just this little component that

14   I've described to you where we're logging in a visit as

15   a point of contact or a touch point, as I refer to it?

16        Q.  I'm speaking of -- in general, does Oxnard

17   School District maintain an electronic record of

18   interventions that have been applied for a particular

19   student?

20        A.  Well, within our core curriculum, we have some

21   electronic components, such as what's called Star 360

22   math, Star 360 language arts.

23        There are other intervention-type programs that

24   have an electronic component to them that I'm aware of,

25   that I know exist; however, the use of those systems and

                                                              36

1    the oversight for them are within another department.

2    It resides within curriculum and instruction.  And

3    assessment is also lumped in there.

4            So I just want to be clear that that's outside

5    of my job domain, and it falls within the domain of

6    another director.

7        Q.  Okay.  So in terms of recordkeeping regarding

8    the SST process, there isn't anywhere where the -- where

9    there's a record kept of which interventions were tried

10   as part of the SST process?

11       A.  I'm not sure that's fair to say.

12           I believe I can give an example whereby --

13   let's say that the teacher is working with an individual

14   student at a Tier I level and noticing that a youngster

15   needs additional support within Tier I, kind of apply

16   those, something just as simple as some extra practice

17   or something like that, a more focused practice on a

18   particular skill set.  Then within our curriculum,

19   within the electronic system, there's an ability to be

20   able to allow the student to have that additional

21   practice, which gets recorded within that -- it's a

22   proprietary system.  It's not our student information

23   system.

24       Q.  Is it software?

25       A.  I guess you'd call it web-based software in the

37

Michael C. Ridge                                                                     January 22, 2020

1   sense that, you know, school districts contract with

2   various agencies that have curriculum and intervention

3   systems built together within it.

4          Again, I'm not the expert on those.  I know it

5   in some ways because we all work together as a team, but

6   I don't know all the details on it.

7          But as -- if I can extend my example.  Then

8   that record of that student's work within, let's say --

9   let's take as an example, Star 360 math.  Something very

10  simple.  A student just needed additional practice with

11  multiplication facts.

12         Then that information would be contained within

13  the electronic system and could be and should be part

14  of -- let's say the youngster, then, was continuing to

15  struggle in math and wasn't making fair or good

16  progress, meaningful progress, towards the math goals,

17  then when the CST referral is made, then that report

18  from that system, Star 360 math, could be then attached

19  as part of, okay, here's what it is, along with that

20  Tier I intervention form that I mentioned earlier.

21  Those could come together.

22         Here's a little bit more information.  I do

23  know that those systems can provide some nice data

24  reports, such as graphs, to show a rate of progress for

25  a youngster over a period of time and whatnot.

                                                                              38

Michael C. Ridge                                                    January 22, 2020

1          Q.   Okay.

2          A.   So then that's how -- that's how it is -- that

3     information could become, in paper record, because again

4     it's part of that CST referral.  It'd be part of the

5     CST/SST documentation.

6          Q.   Okay.  So a record of that particular

7     intervention would, then, be included in the student's

8     file?

9          A.   Exactly.

10         Q.   Okay.  Is there anywhere that, you know, if an

11    intervention is tried, then the outcome of that

12    intervention is tracked?

13         A.   Yes.

14         Q.   Okay.  Can you describe --

15         A.   Elaborate?

16         Q.   Can you describe that, please?

17         A.   Within our process on -- by "process," I --

18    yes, it's a process and also -- but I'm referring to

19    some specific paperwork now that we've submitted to you

20    that may be familiar with it, some level where within

21    each step of the process -- and the paperwork, it's

22    reflected there -- that there's a place to put the

23    expected outcome and then the actual outcome.

24              And so when I describe that Tier I intervention

25    form from the teacher, what is on that initially is a

                                                                   39

Michael C. Ridge                                                    January 22, 2020

1    place for the teacher to select the target area and to

2    describe the intervention or interventions supplied and

3    then what would be the expected outcome.

4         So obviously, there's a measure to be applied.

5    And then there's a place for the actual outcome to be

6    recorded.  That same process is reflected at each of the

7    tiers.

8         Q.  Okay.  Right.  I'm familiar with that.

9         But that -- that information stays on the paper

10   forms; is that correct?

11        A.  Yes.

12        Q.  It doesn't get captured electronically?

13        A.  You are correct.

14        Q.  Is information preserved in this electronic

15   student information system about who participated in

16   these different meetings that are held?

17        So for a student who had a CST meeting, does

18   the system capture who attended that meeting?

19        A.  No.

20        Q.  Okay.

21        A.  That's all on paper.

22        Q.  And does the system track if the student was

23   referred for a special education assessment?

24        A.  That particular system, no.

25        Q.  Okay.

                                                              40

Michael C. Ridge                                                                January 22, 2020

```
 1         A.   That happens within a different system; and

 2    that's then moving into a different department, a

 3    different domain.

 4         Q.   Okay.  And what is that other system where it

 5    is -- where that information is preserved?

 6         A.   Well, it's through special education.

 7              There is software.  You may be familiar with
      SIRAS
 8    Cirrus and CASEMIS.  I am no expert on either one of

 9    those because they are outside of my particular domain,
                                       SIRAS
10    with a caveat that I'm learning Cirrus because our
                                        SIRAS
11    intention is to move into the use of Cirrus to record

12    both our 504 and SST documentation.  So, ultimately,

13    that is our goal.

14              The vendor has made that option very recently

15    for people to be able to do, and we're moving into that

16    domain.

17         Q.   Okay.

18         A.   Being at least the first in the county to be

19    able to do that, to use it in that particular way.
                                        SIRAS
20         Q.   Okay.  So the goal is to use Cirrus to capture

21    information about people involved in the 504 process as

22    well as the SST process?

23         A.   Yes.

24         Q.   Okay.

25         A.   And I've been involved in that work.
```

41

Michael C. Ridge                                                   January 22, 2020

1        Q.   You have --

2        A.   That work, I do know about.

3        Q.   You do know about?

4        A.   Yeah.  I do know about sort of the setting it

5    up kind of component.

6        Q.   Okay.  And what is involved in setting it up?

7        A.   Well --

8             MR. ERKEL:  The transition?

9             THE WITNESS:  I guess I'm being a little bit

10   more tech- --

11            MR. ERKEL:  I'm trying to figure out where -- I

12   do have a question where we're going.  We've certainly

13   gone far afield from the deposition notice.  But are we

14   talking about how to set up the merging of the systems
                 SIRAS
15   into Cirrus?  Is that the question?

16            THE WITNESS:  No.  It's not a merging.  It's

17   more --

18            MR. ERKEL:  Transitioning?

19            THE WITNESS:  No.  How are documents -- the

20   main part is how are documents within the system so that

21   you can go in, electronically open it up, and there's

22   our document itself, electronically, and then --

23       Q.   BY MS. RIESS:  When you say "our document,"

24   what do you mean?

25       A.   The CST/SST document, the ones that --

                                                              42

Michael C. Ridge                                          January 22, 2020

1          Q.   The forms that are currently paper?

2          A.   Right.

3               That would be then translated or created --
                          SIRAS
4     electronic form within Cirrus, which then have fields

5     that can be queried.

6          Q.   Okay.

7          A.   So that, in short -- I kind of want you to have

8     an understanding of, you know, our work up to this

9     point.

10         Q.   Okay.  So, Chris, I'm going to represent to you

11    that the district has provided us with some numbers of

12    students who have been assessed for special education

13    for the past few academic years.

14              If you were called upon to gather that data,

15    what information -- you know, what system would you use

16    to gather that?

17              MR. ERKEL:  Wait a second.  What does that have

18    to do with this deposition?

19              MS. RIESS:  This deposition --

20              MR. ERKEL:  If you're going to just take a few

21    minutes, I'll let it go; but if we are getting into an

22    analysis of -- hold on.  Let me get the right number --

23    -- three, four --

24              MS. RIESS:  There's information that the

25    district produced which has to do with a number of

                                                              43

Michael C. Ridge                                                           January 22, 2020

1       students who are referred for special education

2       assessments via the COST and SST process, which is, I

3       believe, quite squarely within the topics that Chris has

4       been designated for.

5              MR. ERKEL:  No.  He's been designated to talk

6       about numbers of students in the process.  He's been

7       designated to talk about systems or methods to track the

8       number of students, but he hasn't been designated to

9       track the number of students in special ed.  I think

10      that's seven.  That's Number 7, and we've already had

11      that deposition.  That was Miss Poole.

12             MS. RIESS:  Well, I just want -- I'm trying

13      to -- my -- the purpose of this deposition is to

14      understand any systems or methods for tracking students

15      who are in SST and CST.

16        Q.  BY MS. RIESS:  And my question is -- the

17      district has produced information about students who are

18      referred from CST/SST -- referred for special education

19      from the -- from the SST process.

20             And so I just wanted to find out, does the

21      student information system that we've been discussing

22      include information that would allow one to determine

23      how many students have been referred, or is that a

24      different system?

25        A.  Well, that information doesn't come from me or

                                                                44

Michael C. Ridge                                                                January 22, 2020

1    my department.

2         Q.  Okay.

3         A.  So that's within special education.

4              And to my knowledge, that information is
                                          SIRAS
5    contained within their systems, CASEMIS and Cirrus, and

6    is managed by their staff.

7         Q.  So, to your knowledge, that -- those numbers
                        SIRAS
8    must come from -- from Cirrus, from a separate

9    information system?

10        A.  I don't know enough about their exact system to

11   even speak about their internal process, I guess is what

12   I'm thinking.  It's not something that I do.

13             I mean, I know those people, but --

14        MR. ERKEL:  We've had this deposition.  That's

15   the reason -- we're not designating him.  The difficulty

16   is we've designated him to talk about certain subjects.

17   He's speaking for the district on those certain

18   subjects.

19             When you leave those subjects, I want to make

20   it clear we're not designating him on these subjects

21   that you're asking questions about.

22             I mean, again, if it's a few minutes, you can

23   ask him, but he's not the district's designee on

24   Category 7.  That was Miss Poole.

25        MS. RIESS:  I hear what you're saying, Al,

                                                                        45

Michael C. Ridge                                                    January 22, 2020

1    okay.  I'm just -- we're here to talk about any computer

2    or software systems that the district uses to track

3    students who are in the SST process.

4            MR. ERKEL:  That's fine.

5        Q.  BY MS. RIESS:  So my question is:  Does that

6    system allow you to determine whether a student has been

7    referred for a special education assessment?

8        A.  Which system?

9        Q.  The system that is used to track the number of

10   students in the SST process.

11       A.  So to be clear, we've talked about where these

12   numbers came from and then talked about both paper-based

13   recording and also our student information system that

14   captures that information too.

15       Q.  Right.

16       A.  That is where I can collect information, or

17   access information, for CST/SST Tier II and III.

18           That's separate.  There's nothing within that

19   system that says -- well, I suppose you could, say, go

20   look at the file.  But there's not an electronic -- in

21   our student information system, there's not an

22   electronic button or tab where it says, referred for

23   special education services, not within our student

24   information system.

25       Q.  Okay.  So --

46

Michael C. Ridge                                                    January 22, 2020

1          A.  Is that what you're asking?

2          Q.  There's nothing within the student information

3     system that captures information about students in the

4     SST process that would also capture whether the student

5     has been referred for special education assessment?

6          A.  Correct.

7          Q.  Okay.  Thank you for that clarification.

8               In terms of maintaining these records, we

9     talked about a couple of different types of people who

10    put the information in.  The outreach coordinators, the

11    counselors, and sometimes the administrators.

12              Do they receive training on how to use the

13    system?

14         A.  Are you talking about the student information

15    system?

16         Q.  Yes.

17         A.  Yes.

18         Q.  What kind of training do they receive?

19         A.  In a meeting where we covered that topic.

20         Q.  Okay.  Who provides the training?

21         A.  I would, on that.

22         Q.  What would be covered in that training?

23         A.  Well, the -- if you are speaking specifically

24    of the electronic system --

25         Q.  Yes.

                                                              47

Michael C. Ridge                                                January 22, 2020

1          A.   Just to be clear on that.

2          That is a relatively small component.  You

3    know, as I described it earlier, touch point or -- you

4    know --

5          Q.   Right.

6          A.   -- date and whatnot.  There's not a lot of

7    complexity in that.  It's being able to literally show

8    that to people.

9          We have discussion about what the data

10   drop-down fields are and how we're capturing that data

11   and reporting it back.  So it's a relatively simple

12   process to enter a couple of drop-down fields.

13         Q.   Okay.

14         A.   So I can show them, I guess the short answer,

15   if that's what you mean.

16         Q.   So you demonstrate how to do it?

17         A.   Correct.  On a screen.

18         Q.   Okay.  Is there any documentation of the -- if

19   the district has a policy where the -- as part of their

20   role, the outreach specialist or the counselor or the

21   administrator in -- maintains these records?

22         A.   I know that within the job roles and

23   responsibility description for outreach specialist that

24   there is a responsibility related to CST and SST.  I'm

25   uncertain if it says maintenance of records.  You would

                                                           48

Michael C. Ridge                                    January 22, 2020

1    have to look.

2         Q.  Okay.  So you're not sure?

3         A.  Correct.

4         Q.  Okay.  And who can access the student

5    information system?

6         A.  District staff have access to it.

7         Q.  Okay.  So that's teachers, principals,

8    counselors?

9         A.  Correct.

10        Q.  Is reviewing information that is held within

11   the system part of the SST process?

12        A.  So to answer it this way, I -- for example,

13   part of when we enter the SST process in the Tier II

14   referral is that we do want to look at attendance.

15   Attendance may be a concern.  There may be a correlation

16   between a student that is struggling in school and poor

17   attendance.  There could be other factors.

18        So attendance information is contained within

19   the system, and that would be reported back as part of

20   the CST referral.

21        Health information, because, again, it could be

22   the nexus of health, attendance with struggling.

23        Behavior, again, because there could be, you

24   know, some -- I don't know if comorbidity is the word or

25   not.  But this idea when, you know, the student is

                                                    49

Michael C. Ridge                                                    January 22, 2020

1      struggling academically, there may be other factors at

2      play, other manifestation of behaviors.

3              So all that information is contained within the

4      student information system, and we're able to access

5      that within the referral process --

6          Q.  Okay.

7          A.  -- to create a printout.

8          Q.  So a printout is created of all of the

9      different sources of information about a student?

10         A.  And add to that, grades, assignments, test

11     scores.  So there is a profile page.  There's additional

12     layers of information, but you can print a profile page

13     that has all of those factors that range all the way

14     from attendance, academics, behavior, health, all the

15     grades, even assignments.

16         Q.  And is that included -- is reviewing that

17     information part of the SST process?

18         A.  Yes.

19         Q.  And all of that information can also be

20     accessed through the system?

21         A.  Yes.

22         Q.  Okay.  Does anyone -- so at these meetings, the

23     participants in the meeting, they fill out a form,

24     right?

25         A.  The participants in the meeting?  Which

                                                              50

Michael C. Ridge                                                    January 22, 2020

1    meeting?

2         Q.   If there's a Tier II or a Tier III meeting --

3         A.   Okay.

4         Q.   -- a form -- there's a form that gets created,

5    right?

6         A.   Yes.

7         Q.   And that form includes various information

8    about what was discussed at the meeting, right?

9         A.   Yes.

10        Q.   Does anyone who did not attend the meeting

11   review the -- that form?

12        A.   Yes.  So, for example, within our CST process,

13   there are certain -- as you may have seen in documents

14   we've provided, certain required members and certain

15   members that may or may not attend depending.

16             We ideally would love to have everybody all the

17   time --

18        Q.   Right.

19        A.   -- at all meetings; however, our process allows

20   for, for example, a teacher not to be present at a CST

21   meeting.  And a meeting could be held where, for

22   example, the outreach specialist says, "I'm going to

23   follow up on the attendance components."  The counselor

24   would say, "I'm going to follow up on the behavior

25   component."  And administrator says, "Well, I'll follow

                                                           51

1        up on this particular academic component."

2                 I'll go back to the teacher and communicate

3        what it is that we discussed and then guide the teacher

4        through the next step in the process.

5                 Q.   Okay.

6                 A.   So the teacher would then see that document, I

7        think is what you're asking.

8                 Q.   So the teacher would see the document that came

9        out of the -- that review?

10               A.   At that level.

11               Q.   Okay.  If a student moved from elementary

12       school to middle school or transferred schools, is there

13       a way for the teachers -- you know, the people who are

14       supporting that student at the new school, to access

15       documentation of what had occurred for that student at

16       the previous school?

17               A.   Yes.  Absolutely.

18               Q.   Can you describe how that works?

19               A.   Yes.  So we hold a special meeting at the end

20       of the year with counselors and outreach specialists

21       together when we're looking to matriculate our fifth

22       graders into the sixth grade for middle school.

23                 Keep in mind that we do have K-8 schools too.

24                 But as we're matriculating those youngsters

25       from fifth to sixth grade, then we sit down and meet

52

Michael C. Ridge                                                        January 22, 2020

1    with the team from the K-5 school, the team from the

2    middle school -- by "team," I mean counselor and ORC.

3    We come with a list of students that have been within

4    the SST process, and then we communicate those

5    particular names.

6            So at that point in time, we can provide files.

7    All the paperwork that is contained within the CST/SST

8    process is put into the student's cumulative file from

9    the K-5 school when it is transferred to the middle

10   school.

11           We have a checklist to ensure that that

12   paperwork is taken or, you know, pulled and put into

13   that file to make sure that the paperwork is there so

14   that the receiving school will have that information,

15   and then the people that are at the receiving school

16   have been notified this child, this child, and this

17   child.  So we have a process for that.

18       Q.   Okay.  And similarly, from year to year, if a

19   student moves from sixth to seventh grade, for example,

20   and has been in the SST process, are there protocols

21   about what the new teacher is supposed to do in terms of

22   reviewing the student's files and records?

23       A.   Yes.

24           And so the beginning of the year is the time

25   where we don't typically have a lot of quote/unquote

53

1    referrals, and so that's the time of the year where our

2    site-based staff -- again, we are fortunate that we have

3    our counselors and ORCs, so I will salute their work.  I

4    value them -- be able then to say, "Okay.  We have these

5    youngsters" -- give an example, sixth, seventh grade --

6    "We had these kids in sixth grade that have these

7    SST" -- "CST/SST meetings and interventions.  I'm going

8    to communicate those to the receiving teacher for this

9    year.  Be aware, this youngster just got glasses.  Make

10   sure that they wear them, make sure they're sitting

board

11   close to the room (sic)" -- I'm going on too much here.

12   But anyway, the short answer is yes.

13        Q.  The information is conveyed?

14        A.  Yes.  I got a little excited there.

15            MR. ERKEL:  Is this a good time for a break?

16            MS. RIESS:  Yeah.  We've been going for over an

17   hour.

18            MR. ERKEL:  How much longer do you think you

19   have?

20            MS. RIESS:  Not too much longer.  I think we're

21   pretty close.

22            (Brief break.)

23            MS. RIESS:  We're back.

24        Q.  BY MS. RIESS:  Take a look at this document.  I

25   guess we'll mark it Exhibit 3.

                                                              54

Michael C. Ridge                                                    January 22, 2020

1              Here's a copy for you.

2              MR. ERKEL:  Thanks.

3              (Exhibit No. 3 was marked for identification.)

4              THE WITNESS:  Since I didn't produce this, I

5      wanted to -- okay.  I've reviewed it.

6         Q.   BY MS. RIESS:  Have you seen this document

7      before?

8         A.   Not that I recall.

9         Q.   Okay.  So you've never seen this document?

10        A.   Not that I recall.

11        Q.   Okay.  Do you have any idea what it is?

12        A.   It's a PowerPoint training for CST/SST

13     Revisited, slides from it.

14        Q.   Okay.  If you haven't -- if you're not familiar

15     with it, I have no further questions on that.

16        A.   Okay.

17        Q.   This is marked as Exhibit 4, Oxnard School

18     District Tier III Student Success Team Meeting Summary.

19     I'll give you a minute to look through it.

20        A.   Yes, please.

21             (Exhibit No. 4 was marked for identification.)

22             THE WITNESS:  I've finished reviewing it.

23        Q.   BY MS. RIESS:  Okay.  So this document is a

24     kind of form, right?

25        A.   Yes.  An example of one.

                                                            55

1        Q.   It's an example of a form.

2        A.   That's used.

3        Q.   Why don't you describe what this document is an

4    example of?

5        A.   It seems to be a record of an initial SST

6    meeting for a sixth grade student at Chavez School.

7        Q.   And so would this document have been created

8    during an SST meeting?

9        A.   Well, our directions, as you can see reflected,

10   is that some of the documents, per se, can and should be

11   completed in advance -- you know, inputting information

12   can be done in advance -- so that the -- when the team

13   convenes, they are not focused upon just someone typing.

14       Q.   Right.

15       A.   They review it.

16       Q.   They review the information?

17       A.   But the data input doesn't have to happen just

18   right then and there.

19       Q.   Okay.  And so some of the data input occurs

20   before the meeting?

21       A.   Correct.

22       Q.   Who typically does that?

23       A.   Typically the ORC.

24       Q.   And what is the source of the information that

25   they use to fill in the form?

56

1          A.   It will come from the referral packet as well

2     as potentially what maybe is contained within the

3     student information system --

4          Q.   Okay.

5          A.   -- and other places.

6               For example, if there's -- as I mentioned

7     earlier, Star 360 math or reading, that could be

8     information that could be attached like I was describing

9     previously.

10         Q.   That could be attached to the paper referral

11    form?

12         A.   Yeah.   Initially when it came.

13         Q.   Okay.   Is the information that is contained

14    within this form captured electronically in the student

15    information system?

16         A.   No.

17         Q.   Is it captured anywhere other than on this

18    form?

19         A.   Well, this is, you know, a printout of an

20    electronic document.   Somebody would have, could have

21    saved this document electronically.

22              Could have -- I'm just speculating here --

23    printed it out to put into the cume (ph) file to put

24    into the ORC's file.   So I mean, there's -- it came from

25    an electronic document.   I don't know if that's what

57

Michael C. Ridge                                                    January 22, 2020

1    you're getting at.

2         Q.  Right.

3             They used an electronic document to create

4    this; it wasn't somebody --

5         A.  Correct.

6         Q.  -- writing it out by hand except for there are

7    certain handwritten notes on it?

8         A.  Right.  They took the template; they input the

9    information in the fields.

10        Q.  But in terms of the information that is in this

11   form being preserved in a database somewhere, does that

12   happen?

13        A.  No.

14        Q.  Okay.                              SIRAS

15        A.  That is our goal.  That gets back to Cirrus.

16        Q.  Okay.  So all of the schools within your

17   district use this form?

18        A.  Yes.

19             MS. RIESS:  Okay.  I think that's all the

20   questions that I have this morning.

21             MR. ERKEL:  Great.  I'll take a copy.

22             STENOGRAPHIC REPORTER:  Okay.  Thank you very

23   much.

24             (At 11:20 a.m., the deposition was concluded.)

25

58

1                              DECLARATION

2

3

4

5              I hereby declare I am the deponent in the

6     within matter; that I have read the foregoing

7     proceedings and know the contents thereof, and I declare

8     that the same is true of my knowledge except as to the

9     matters which are therein stated upon my information or

10    belief, and as to those matters, I believe it to be

11    true.

12              That prior to completion of the foregoing

13    deposition, review of the transcript was not requested.

14              I declare under the penalties of perjury of the

15    State of California that the foregoing is true and

16    correct.

17

18    Executed on the 4th day of March        , 2020, at

19    Oxnard        , California.

20

21

22                              MICHAEL RIDGE

23

24

25

                                                           59

Michael C. Ridge                                                    January 22, 2020

1   STATE OF CALIFORNIA   )
                        ) ss.
2   COUNTY OF VENTURA    )

3           I, Melina C. Homan, a Certified Shorthand

4   Reporter, do hereby certify;

5           That prior to being examined, the witness

6   named in the foregoing proceedings was by me duly sworn

7   to testify the truth, the whole truth and nothing but

8   the truth;

9           That said proceedings were taken before me

10   at the time and place therein set forth and were taken

11   down by me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13           I further certify that I am neither counsel

14   for, nor related to, any party to said action, nor in

15   anywise interested in the outcome thereof.

16           That prior to the completion of the foregoing

17   deposition, review of the transcript was not requested.

18           In witness whereof, I have hereunto

19   subscribed my name.

20

21   Dated:

22

23                Melina C. Homan, CSR No. 12028

24   The dismantling, unsealing, or unbinding of the
      original transcript will render the Reporter's
25   Certificate null and void.

60

Michael C. Ridge                                                                    January 22, 2020

1                              ERRATA SHEET

2

3        If any corrections to your deposition are necessary,
         indicate them on this sheet, giving the change, page
4        number, line number and reason for change.

5        PAGE  LINE  FROM                        TO

6         54    11    room                        board

7        Reason    clarification

8         58    15    Cirrus                      SIRAS

9        Reason    corrected  spelling

10

11       Reason

12

13       Reason

14

15       Reason

16

17       Reason

18

19       Reason

20

21       Reason

22

23       Reason

24                                               3-4-2020
25       Signature of Deponent                   Date

                                                              61

Michael C. Ridge                                                    January 22, 2020

1                        ERRATA SHEET

2

3       If any corrections to your deposition are necessary,
        indicate them on this sheet, giving the change, page
4       number, line number and reason for change.

5    PAGE   LINE   FROM                    TO

6     26   14                              See text

7    Reason   clarification

8     41    8     Cirrus                   SIRAS

9    Reason     corrected   spalling

10    41   10    Cirrus                    SIRAS.

11   Reason     corrected   spalling

12    41   11    Cirrus                    SIRAS

13   Reason     corrected   spelling

14    41   20    Cirrus                    SIRAS

15   Reason     corrected   spelling

16    42   15    Cirrus                    SIRAS

17   Reason     corrected   spalling

18    43   4     Cirrus                    SIRAS

19   Reason     corrected   spelling

20    45   5     Cirrus                    SIRAS

21   Reason     corrected   spelling

22    45   8     Cirrus                    SIRAS

23   Reason     corrected   spelling

24                                         3-4-2020

25   Signature of Deponent                 Date

                                                    62

Exhibit WW

# CALIFORNIA DEPARTMENT OF EDUCATION
## Investigation Report
## Case S-0730-17/18

| | |
|---|---|
| **Public Agency**<br>Lisa Andrew, Superintendent<br>Hollister Elementary School District<br>2690 Cienega Road<br>Hollister, CA 95023 | **Complainant**<br>Bridget Claycomb<br>1330 Broadway, Suite 500<br>Oakland, CA 94612 |
| **Special Education Director**<br>Richard Lust, Director, Special Education<br>Hollister Elementary School District | **Attorney**<br>Bridget Claycomb |
| **Special Education Local Plan Area (SELPA)**<br>Christine Lompa, Director<br>San Benito County SELPA<br>460 Fifth Street<br>Hollister, CA 95023 | **Student**<br>Various |
| **Complaint Received**<br>February 23, 2018 | **Report Mailed**<br>March 23, 2018 |

## INVESTIGATION PROCEDURES

The investigation and conclusions are based on the investigator's review of materials and documents provided by the Complainant and the District, as well as telephone contacts with the Complainant on March 1, 2018, and the District on February 28 and March 1 and 16, 2018, and e-mail communication with the District on March 16 and 19, 2018.

## SUMMARY OF THE ALLEGATION

The Complainant alleges the District failed to systematically seek out all individuals with exceptional needs, in violation of California *Education Code* (*EC*) Section 56300, when the District failed to assess the student and required the student success team (SST) process be followed to determine if special education assessment was needed.

## APPLICABLE CITATION

*EC* Section 56300 requires, "A local educational agency shall actively and systematically seek out all individuals with exceptional needs, from birth to 21 years of age, inclusive, including children not enrolled in [SELPA] or a county office of education."

Compliance Case S-0730-17/18
Page 2 of 5

## ADDITIONAL APPLICABLE CITATION

Code of Federal Regulations, Title 34 (34 *CFR*) Section 300.301(c)(1) requires,
"Procedures for initial evaluation. The initial evaluation – (1)(i) Must be conducted
within 60 days of receiving parental consent for the evaluation . . ."

## FINDINGS OF FACT

1. The District's policy for initial referrals for special education assessment includes the
   SST process. Through the SST process, after three SSTs and data collection, the
   SST can recommend a referral for special education services. If a parent requests
   that their child be evaluated for special education services, the District will respond in
   15 days to the parent request for assessment. When a parent requests a special
   education assessment the request is forwarded to the coordinator assigned to the
   school. School site staff are to expeditiously initiate the SST process. In collaboration
   with the findings of the SST, the school psychologist and other specialists, it will be
   determined if the special education assessment will be initiated. Evidence for this
   finding is based on the District's September 2017, Initial Referral for Special
   Education Assessment policy and the District's March 15, 2018, response to the
   complaint.

2. The District's policy for referrals for related services for speech state that if a student
   does not currently receive individualized education program (IEP) services, and a
   speech referral is made, the SST process must be utilized prior to referral for
   assessment. Evidence for this finding is based on the District's September 2017,
   Initial Referral for Special Education Assessment policy.

3. The California Department of Education (CDE) randomly interviewed 21 parents
   from eight District schools, and confirmed that the parents had requested special
   education assessment for their children and were denied because the SST process
   had not been utilized. Evidence for this finding is based on telephone calls to parents
   on March 16, 19, and 20, 2018.

## CONCLUSION

The District failed to meet the requirements of *EC* Section 56300 and 34 *CFR* Section
300.301(c)(1). The District denied parents' requests for special education assessment
because the SST process had not been utilized. The SST process is not required prior to
special education assessment of a student. Furthermore, the District's policy for initial
referrals for special education requires an unnecessary requirement in the identification of
students who may be eligible for special education. **The District is out of compliance.**

Compliance Case S-0730-17/18
Page 3 of 5

## REQUIRED CORRECTIVE ACTIONS

1. On or before June 1, 2018, the District shall provide evidence that a parent training
   has been provided by an independent agency not affiliated with the District, regarding
   referrals for special education assessments as required by *EC* Section 56300 and
   34 *CFR* Section 300.301(c)(1). The District shall schedule the training in the evening;
   provide translation services to parents as required by *EC* Section 48985; provide
   letters and/or flyers to all parents and guardians, District English Learner Advisory
   Committee (DELAC) members, and Migrant Parent Advisory Council (PAC) members
   regarding the training at least two weeks in advance of the training; and memorialize
   the training in video format to make it available to parents in the future. Acceptable
   evidence should include the letters, flyers and sign-in sheets, including the school
   name and the participants' role.

2. On or before June 30, 2018, the District superintendent or a designee shall present a
   copy of this report to the District School Board. The superintendent shall summarize to
   the Board the report findings, issues of non-compliance found and corrective actions,
   and introduce a copy of the report into the School Board record. Acceptable evidence
   should be a copy of the Board agenda item and minutes from the meeting that reflect
   that the District superintendent or designee presented a copy of this report to the
   School Board.

3. On or before June 30, 2018, the District shall provide evidence that a training has been
   provided by an independent agency, not affiliated with the District, which specializes in
   special education training to school districts, regarding the implementation of *EC*
   Section 56300 and the findings of non-compliance in this case. Required attendees
   shall include all District general education and special education staff members and
   administrators responsible for implementing *EC* Section 56300 and 34 *CFR* Section
   300.301(c)(1). Acceptable evidence should include rosters of staff for each District
   school, a copy of the dated training agenda reflecting the requirements above,
   including a sign-in sheet with the names, titles, and signatures of the participants, and
   the name of the individual and organization, who provided the training.

4. On or before September 10, 2018, the District shall coordinate and facilitate a parent
   training at each of its schools, regarding referrals for special education assessments
   as required by *EC* Section 56300 and 34 *CFR* Section 300.301(c)(1). The District
   shall provide letters and/or flyers to all parents and guardians, DELAC members,
   and Migrant PAC members two weeks prior to the training. The training shall include
   translators and the memorialized video presentation. Acceptable evidence should
   include the letters/flyers and sign-in sheets, including the school name and the
   participants' role.

5. On or before August 17, 2018, the District shall send assessment plans to each
   parent who has requested a special education assessment in the past two years.

Compliance Case S-0730-17/18
Page 4 of 5

Acceptable evidence should include the assessment plans sent, a list of parents to whom the assessment plans were sent, and contact information for each of the parents.

6. On or before November 1, 2018, the District shall have completed all special education assessments that are a result of a parent request and a signed assessment plan, and convened an IEP team meeting within 60 days of the signed assessment plan to review the results of the assessments. In the event the student is eligible for special education services and the request to assess for special education was made over a year ago from the date of the this report, the District shall offer one year of compensatory services. In the event the student is eligible for special education services, and the request to assess for special education was made within a year from the date of the this report, the District shall offer compensatory services equitable to the period of delay in assessing the student. Acceptable evidence should include a copy of the each assessment report and documentation of the compensatory offered in the IEP.

## RECONSIDERATION NOTICE

The findings in this investigation report are specific to this case. While general rules are cited, findings in other investigations may differ due to the facts and issues in each case.

Pursuant to *California Code of Regulations*, Title 5, Section 4665, either party may request reconsideration:

> Within 35 days of receipt of the Department investigation report, either party may request reconsideration by the Superintendent. The request for reconsideration shall designate the finding(s), conclusion(s), or corrective action(s) in the Department's report to be reconsidered and state the specific basis for reconsidering the designated finding(s), conclusion(s) or corrective action(s). The request for reconsideration shall also state whether the findings of fact are incorrect and/or the law is misapplied. . . . Pending the Superintendent's reconsideration, the Department report remains in effect and enforceable.

A request for reconsideration must be postmarked 35 days from the receipt of the investigatory report and sent to:

**Ana Marsh, Education Administrator II**
**Complaint Resolution Unit**
**California Department of Education**
**1430 N Street, Suite 2401**
**Sacramento, CA 95814**
**916-445-4623 Phone**
**916-327-8878 Fax**

Compliance Case S-0730-17/18
Page 5 of 5

Evidence of required corrective actions or questions regarding corrective actions shall
be directed to:

**Donna DeMartini, Education Administrator I**
**Focused Monitoring and Technical Assistance Unit Two**
**California Department of Education**
**1430 N Street, Suite 2401**
**Sacramento, CA 95814**
**916-445-4632 Phone**
**916-327-0326 Fax**

If compliance is determined in this investigation and no corrective actions are required,
consider this case closed.

Ana Marsh
Education Administrator II
Complaint Resolution Unit

Jane Canty
Education Administrator I
Complaint Investigation Unit II

California Department of Education
Special Education Division