UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:17-cv-04304 JAK (PDx) | Date | August 25, 2025 |
|---|---|---|---|
| Title | J.R., et al. v. Oxnard School District, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Shawna Parks<br>Heather Zakson | Lawrence Joe |

**Proceedings:** **ORDER RE MOTION PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT (DKT. 424)**

The motion hearing is held. Counsel address the Court. The Court grants the motion for Preliminary Approval of Class Action Settlement (Dkt. 424). In so doing, the Court also approves the following stipulated terms: removing Plaintiff A.E. as class representative; adding Vanaman German LLP as Class Counsel; and substituting as Defendants the current Oxnard School District officials who hold the positions of those Defendants previously sued in their official capacities. Those current officials of the Oxnard School District who are named in their respective official capacities are as follows: Ana Degenna, Superintendent of Oxnard School District; Veronica Robles-Solis, President of the Board of Trustees; Monica Madrigal Lopez, Trustee of the Board of Trustees; Brian Melanephy, Trustee of the Board of Trustees; Cynthia Salas, Trustee of the Board of Trustees; and Rose Gonzales, Trustee of the Board of Trustees. Dkt. 424-1.

The Court adopts the following schedule with respect to further proceedings as to the Motion for Final Approval of the Class Action Settlement:

> October 25, 2025: Deadline for filing a report as to whether the parties have resolved the issue as to the amount of attorney's fees to be awarded to Class Counsel as part of the settlement agreement, and if so, the amount. If the parties have not reached an agreement notwithstanding conferring with Judge Walsh (Ret.), the joint report shall state a proposed process for resolving it.
>
> November 3, 2025: Assuming that the attorney's fees issue has been resolved, notice sent to the members of the Putative Class.
>
> December 1, 2025: Deadline for filing of any objections by members of the Putative Class.
>
> December 15, 2025: Filing of Motion for Final Approval.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:17-cv-04304 JAK (PDx) | Date | August 25, 2025 |
|---|---|---|---|
| Title | J.R., et al. v. Oxnard School District, et al. | | |

January 5, 2026: Filing of any Opposition to the Motion for Final Approval.

January 26, 2026: Hearing on the Motion for Final Approval. The time for the hearing will be set upon the issuance of the final calendar for that date.

**IT IS SO ORDERED.**

                                                            : 12

Initials of Preparer    DT