# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

J.R., et al.

          Plaintiff,

v.

OXNARD SCHOOL DISTRICT, et al.,

          Defendants.

No. 2:17-cv-04304-JAK (PDx)

**ORDER RE JOINT STIPULATION TO MODIFY FINAL APPROVAL HEARING DATES (DKT. 435)**

1

Based on a review of the Joint Stipulation to Modify Final Approval Hearing Dates (Dkt. 435), sufficient good cause has been shown for the requested relief. Accordingly, the case schedule is modified as follows:

| New Date [Old Date] | Deadline |
| --- | --- |
| February 5, 2026 [January 30, 2026] | Notice sent to the members of the Class |
| March 6, 2026 [March 2, 2026] | Deadline for filing of any objections by members of the Class |

**IT IS SO ORDERED.**

Dated:  January 29, 2026

_____
John A. Kronstadt
United States District Judge

2