JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.R., et al.,<br><br>      Plaintiff,<br><br>v.<br><br>OXNARD SCHOOL DISTRICT, et al.,<br><br>      Defendants. | No. 2:17-cv-04304-JAK (PDx)<br><br>**JUDGMENT** |

1

Pursuant to the Class Action Settlement ("Agreement") in this matter, and for the reasons set forth in this Court's Order granting final approval of the Agreement pursuant to Federal Rule of Civil Procedure 23 ("Final Order"), judgment is now entered in this matter.

Pursuant to Federal Rule of Civil Procedure 23(c)(3)(A), the following class under Federal Rule of Civil Procedure 23(b)(2) is identified as subject to this judgment:

> [A]ll students in the Oxnard School District who have or may have disabilities and who have been or will be subject to the District's policies and procedures regarding identification and evaluation of students for purposes of providing services or accommodations under the Individuals with Disabilities Education Act, Section 504 of the Rehabilitation Act, and/or the Americans with Disabilities Act.

The terms of the Agreement and the findings from the Final Order are hereby incorporated by reference into this Judgment for purposes of enforcement of those terms and release of claims. Pursuant to the Agreement, the Court will retain jurisdiction for purposes of enforcement for a period of two years from the date of the Final Order, which was dated June 4, 2026. At the conclusion of the two years of continued jurisdiction the parties are directed to file a notice to the Court that the enforcement period is complete and the Court's jurisdiction is terminated. This notice is to be filed no later than June 14, 2028.

/ / /

/ / /

/ / /

2

Pursuant to the Agreement and the  Final Order, Defendants are ordered to pay the attorney's fees and costs of Plaintiffs' Counsel in the amount of $1,750,000. This amount is ordered to be paid, pursuant to instructions provided by Plaintiffs' Counsel, and within forty-five (45) days of the entry of this Judgment.

**IT IS SO ORDERED.**

Dated:  June 30, 2026

_____

John A. Kronstadt

United States District Judge

3